Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TIEN TRUONG NGUYEN,<br><br>            Defendant. | Case No. MJ 07-0102-DAD<br><br>NOTICE OF MOTION AND MOTION TO RECONSIDER DETENTION<br><br>DATE: June 12, 2007<br>TIME: 2:00 p.m.<br>ROOM: 27 |

TO THE HONORABLE DALE A DROZD, UNITED STATES MAGISTRATE JUDGE AND ALL PARTIES:

Defendant TIEN TRUONG NGUYEN ("Mr. Nguyen"), by and through his counsel, Michael K. Cernyar, respectfully requests that this Court set a hearing for June 12, 2007 to reconsider the Order of Detention entered in this case on May 3, 2007.

1. Mr. Nguyen was arrested on or about April 17, 2007. Subsequently Mr. Nguyen was indicted with 1) conspiracy to commit computer fraud and access device fraud, 2) access device fraud 3) possession of more than 15 unauthorized access devices, 4) aggravated identity theft, 5) felon in possession of a firearm and ammunition. The government moved to detain Mr. Nguyen without bond.

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE ·EIGHTH FLOOR ·LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

   2. During a hearing on May 3, 2007, the Government continued to move for detention on flight, danger, and PTS report. The Government proffered grounds for detention on the record (drug use, felony convictions, firearms).

   3. During the May 3, hearing the Defense addressed the Government's concerns as to drug use and prior criminal history. The Defense proffered no access to devices and argued Mr. Nguyen has no prior failures to appear.  The Defense informed the Court of several properties being available as bond.

   4. The Court addressed PTS concerns of danger. After hearing, for reasons stated on the record, Court ordered Mr. Nguyen detained, without prejudice, pending further proceedings. The Court noted a $2,000,000 bond of posted property would address flight risk.  The Court noted a stable residence with third party custodian, pretrial supervision, electronic monitoring device, with all conditions of supervised release, would address danger to community. Moreover, the Court conducted voir dire of defendant's aunt, Huynh Mai Thi Le, and uncle, Quy Ngoc Truong, through Vietnamese Interpreter, Minhtam Ha, of understanding of posting combined equity in their property for an appearance bond.

   5.   Currently, the Defense believes that they have a solution in addressing the stable residence with a third party custodian.

2

**NOTICE TO RECONSIDER DETENTION**

Wherefore, for these reasons and any such reasons that shall appear to the Court, Mr. Nguyen respectfully requests that a hearing for reconsideration of detention be set on June 12, 2007.

Respectfully submitted,

                                     LAW OFFICE OF MICHAEL K. CERNYAR

DATED:   June 7, 2007         By:   _____/s/_____
                                            MICHAEL K. CERNYAR
                                            Attorney for Defendant
                                            **TIEN TRUONG NGUYEN**

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE ·EIGHTH FLOOR ·LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941