1  Michael K. Cernyar, Esq. (State Bar No. 225240)
   LAW OFFICE OF MICHAEL K. CERNYAR
2  400 Oceangate, Eighth Floor
   Long Beach, California 90802
3  Telephone: (562) 216-2940
   Facsimile: (562) 216-2941
4
5  Attorney for Defendant, TIEN TRUONG NGUYEN

6                  UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          Case No. 2:07-cr-00164-MCE

10                   Plaintiff,

11      v.                            STIPULATION TO CONTINUE
                                      STATUS CONFERENCE FROM
12 TIEN TRUONG NGUYEN,                AUGUST 16, 2007 TO SEPTEMBER
                                      27, 2007; ORDER
13                   Defendant.

14 TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT
15 JUDGE:

16      THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

17 RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

18      1. A Status Conference is presently set in the above-

19 captioned case set for August 16, 2007.

20      2.  Counsel for Defendant NGUYEN has been working diligently

21 with the Government in clarifying important issues regarding this

22 complex case.  In addition, Defendant NGUYEN has appealed the

23 Court's detention order to the Ninth Circuit.  Moreover, Counsel

24 has been diligently preparing Defendant NGUYEN's opening brief

25 for the Ninth Circuit.

26

27 ///

28 ///

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

1      3.   Accordingly, the parties respectfully request, if

2  necessary, that the Court exclude the time from the date of the

3  scheduled Status Conference, August 16, 2007, until the proposed

4  new Status Conference date, September 27, 2007.  In addition, the

5  parties respectfully request that the Court exclude time from

6  date of the scheduled Status Conference, August 16, 2007, until

7  the proposed new Status Conference, September 27, 2007.  If

8  necessary, Plaintiff and Defendant urge the Court to find the

9  requested time as excludable under Title 18, section

10  3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for

11  further reasonable time to prepare and to further find that the

12  ends of justice outweigh the best interests of the public and the

13  Defendant in a speedy trial.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

2

1    4.   Accordingly, the parties hereby respectfully request the

2    Court to continue the Status Conference now set for August 16,

3    2007 to September 27, 2007.

4                                    LAW OFFICE OF MICHAEL K. CERNYAR

5

6

7    DATED:  August 14, 2007        By:  _____/s/_____

8                                         MICHAEL K. CERNYAR
                                          Attorney for Defendant
9                                         **TIEN TRUONG NGUYEN**

10

11

12   DATED:  August 14, 2007             _____/s/_____

13                                        ROBIN TAYLOR
                                   Assistant United States Attorney
14                                    Attorney for Plaintiff
                                   UNITED STATES OF AMERICA

15

16   IT IS SO ORDERED:

17   DATED: August 15, 2007

18   _____

19   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

3