Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIEN TRUONG NGUYEN,<br><br>　　　　　Defendant. | Case No. 2:07-cr-00164-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM SEPTEMBER 27, 2007 TO OCTOBER 18, 2007; ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A Status Conference is presently set in the above-captioned case set for September 27, 2007.

2. Counsel for Defendant NGUYEN has been working diligently with the Government in clarifying important issues regarding this complex case.  In addition, it is the defense's position to reach a disposition in this matter before trial.

3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, September 27, 2007, until the proposed new Status Conference date, October 18, 2007.

In addition, the parties respectfully request that the Court exclude time from date of the scheduled Status Conference, September 27, 2007, until the proposed new Status Conference, October 18, 2007.  If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

    4.  Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for September 27, 2007 to October 18, 2007.

```
                                    LAW OFFICE OF MICHAEL K. CERNYAR

DATED:   September 26, 2007     By: _____/s/_____
                                    MICHAEL K. CERNYAR
                                    Attorney for Defendant
                                    TIEN TRUONG NGUYEN

DATED:   September 26, 2007        __/s/  Michael Cernyar for _
                                    ROBIN TAYLOR
                                    Assistant United States Attorney
                                    Attorney for Plaintiff
                                    UNITED STATES OF AMERICA
```

IT IS SO ORDERED:

DATED: September 26, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**STIPULATION TO CONTINUE STATUS CONFERENCE**

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941