Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TIEN TRUONG NGUYEN,<br><br>        Defendant. | Case No. 2:07-cr-00164-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM OCTOBER 18, 2007 TO NOVEMBER 1, 2007; ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

    THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

    1. A Status Conference is presently set in the above-captioned case set for October 18, 2007.

    2. Counsel for Defendant NGUYEN has been working diligently with the Government in clarifying important issues regarding this complex case. In addition, it is the defense's position to reach a disposition in this matter before trial.

    3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, October 18, 2007, until the proposed new Status Conference date, November 1, 2007.

In addition, the parties respectfully request that the Court exclude time from date of the scheduled Status Conference, October 18, 2007, until the proposed new Status Conference, November 1, 2007.  If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

    4.  Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for October 18, 2007 to November 1, 2007.

                                    LAW OFFICE OF MICHAEL K. CERNYAR

DATED:   October 16, 2007      By:  _____/s/_____
                                           MICHAEL K. CERNYAR
                                       Attorney for Defendant
                                       **TIEN TRUONG NGUYEN**

DATED:   October 16, 2007       __/s/   Michael Cernyar for _
                                          ROBIN TAYLOR
                                Assistant United States Attorney
                                     Attorney for Plaintiff
                                  UNITED STATES OF AMERICA

IT IS SO ORDERED:

Dated:  October 17, 2007

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941