Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TIEN TRUONG NGUYEN,<br><br>             Defendant. | Case No. 2:07-cr-00164-MCE<br><br>STIPULATION TO SET STATUS CONFERENCE ON FEBRUARY 21, 2008; ORDER |
|---|---|

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A hearing re a motion to suppress was set in the above-captioned case set for January 10, 2008.  No motions were filed, and the hearing was removed from calendar.

2.   Counsel for Defendant NGUYEN has been negotiating with the government to resolve this matter and believes that a disposition will be reached before trial.

3.   The parties further AGREE AND STIPULATE that time should be excluded from January 10, 2008, through and including February 21, 2008 based on case complexity, and to provide defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) [Local Codes T2 and T4].

STIPULATION TO SET STATUS CONFERENCE

The exclusion is needed based on the complex nature of the computer fraud allegations.  The defense needs additional time to review discovery and to evaluate case resolution.  Defense counsel has discussed this proposed continuance with his client and he approves of it.

                                        LAW OFFICE OF MICHAEL K. CERNYAR

DATED:   February 2, 2008       By:   _____/s/_____
                                       MICHAEL K. CERNYAR
                                  Attorney for Defendant
                                  **TIEN TRUONG NGUYEN**

DATED:   February 2, 2008         __/s/  Michael Cernyar for _
                                      ROBIN TAYLOR
                             Assistant United States Attorney
                                Attorney for Plaintiff
                              UNITED STATES OF AMERICA

     IT IS SO ORDERED.

DATED: February 4, 2008

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

**STIPULATION TO SET STATUS CONFERENCE**