Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

TIEN TRUONG NGUYEN,

                        Defendant.

Case No. 2:07-cr-00164-MCE

STIPULATION TO CONTINUE STATUS CONFERENCE FROM FEBRUARY 21, 2008 TO APRIL 10, 2008; ORDER

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

    THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

    1. A Status Conference is presently set in the above-captioned case set for February 21, 2008.

    2.  Counsel for Defendant NGUYEN has been working diligently with the Government in clarifying important issues regarding this complex case.  In fact, the parties were scheduled to meet on February 22, 2008.  However, AUSA Robin Taylor had a death in the family; therefore the meeting is postponed until her return.  Moreover, it is the defense's position to reach a disposition in this matter before trial.

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA  90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

3.   Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, February 21, 2008, until the proposed new Status Conference date, April 10, 2008.  In addition, the parties respectfully request that the Court exclude time from date of the scheduled Status Conference, February 21, 2008, until the proposed new Status Conference, April 10, 2008. If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

2

4.    Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for February 21, 2008 to April 10, 2008.

LAW OFFICE OF MICHAEL K. CERNYAR

DATED:   February 19, 2008     By:    _____/s/_____
                                      MICHAEL K. CERNYAR
                                      Attorney for Defendant
                                      **TIEN TRUONG NGUYEN**

DATED:   February 19, 2008          __/s/  Michael Cernyar for _
                                      ROBIN TAYLOR
                                Assistant United States Attorney
                                      Attorney for Plaintiff
                                UNITED STATES OF AMERICA

IT IS SO ORDERED:

DATED: February 20, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE ·EIGHTH FLOOR ·LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941