Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICES OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TIEN TRUONG NGUYEN,<br><br>            Defendant. | Case No. 2:07-cr-00164-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM APRIIL 10, 2008 TO JUNE 5, 2008; ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A Status Conference is presently set in the above-captioned case set for April 10, 2008.

2. Counsel for Defendant NGUYEN has been working diligently with the Government in clarifying important issues regarding this complex case. In fact, the parties have met and are currently negotiating a disposition in this matter.

3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, April 10, 2008, until the proposed new Status Conference date, June 5, 2008.

If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4.  Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for April 10, 2008 to June 5, 2008.

```
                                    LAW OFFICE OF MICHAEL K. CERNYAR


DATED:  April 9, 2008           By:  _____/s/_____
                                     MICHAEL K. CERNYAR
                                     Attorney for Defendant
                                     TIEN TRUONG NGUYEN



DATED:  April 9, 2008                __/s/  Michael Cernyar for _
                                     ROBIN TAYLOR
                                     Assistant United States Attorney
                                     Attorney for Plaintiff
                                     UNITED STATES OF AMERICA
```

T IS SO ORDERED:

Dated: April 10, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE STATUS CONFERENCE**

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE ·EIGHTH FLOOR ·LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941