THE LAW OFFICES OF MICHAEL K. CERNYAR
400 OCEANGATE
8TH FLOOR
LONG BEACH, CALIFORNIA 90802
TELEPHONE: (562) 216-2940
FACSIMILE: (562) 216-2941

**Michael K. Cernyar, Esq. (State Bar No. 225240)**

**Attorney for Defendant, TIEN TRUONG NGUYEN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIEN TRUONG NGUYEN,<br><br>　　　　　　　Defendant. | Case No. 2:07-cr-00164-MCE<br><br>WAIVER TO EXCLUDE TIME; ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

　　THE DEFENDANT BY AND THROUGH HIS COUNSEL OF RECORD HEREBY REQUESTS THE FOLLOWING:

1. A status conference was set in the above-captioned case for June 5, 2008.  The hearing, on a motion from the Court, was removed from calendar, and continued to June 12, 2008.

///

///

///

///

**MOTION TO EXCLUDE TIME**

2. The defendant requests that time should be excluded from June 5, 2008, through and including June 12, 2008 based upon the Court's motion to continue the status conference, and pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) [Local Codes T2 and T4].

LAW OFFICE OF MICHAEL K. CERNYAR

DATED: June 4, 2008          By: _____/s/_____
                                  MICHAEL K. CERNYAR
                                  Attorney for Defendant
                                  **TIEN TRUONG NGUYEN**

IT IS SO ORDERED.

DATED: June 5, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE