Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICES OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00164-MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE FROM JUNE 12, 2008 TO JULY 24, 2008; ORDER |
| TIEN TRUONG NGUYEN, | |
| Defendant. | |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A Status Conference is presently set in the above-captioned case set for June 12, 2008.

2. Counsel for Defendant NGUYEN has been working diligently with the Government in clarifying important issues regarding this complex case. In fact, the parties have met and are currently negotiating a disposition in this matter.

3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, June 12, 2008, until the proposed new Status Conference date, July 24, 2008.

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE ·EIGHTH FLOOR ·LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4.   Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for June 12, 2008 to July 24, 2008.

```
                                    LAW OFFICE OF MICHAEL K. CERNYAR


DATED:    June 10, 2008       By:   _____/s/_____
                                      MICHAEL K. CERNYAR
                                      Attorney for Defendant
                                      TIEN TRUONG NGUYEN


DATED:    June 10, 2008            __/s/  Michael Cernyar for _
                                      ROBIN TAYLOR
                                      Assistant United States Attorney
                                      Attorney for Plaintiff
                                      UNITED STATES OF AMERICA
```

IT IS SO ORDERED:

DATED: June 13, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**STIPULATION TO CONTINUE STATUS CONFERENCE**