McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00164-MCE |
| Plaintiff, | ) | STIPULATION CONTINUING TRIAL DATE AND ORDER |
| v. | ) | |
| TIEN TRUONG NGUYEN, aka Tim Nguyen | ) | Date: October 16, 2008<br>Time: 9:00 am<br>Court: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |

Plaintiff, United States of America, by and through counsel Assistant U.S. Attorney Robin R. Taylor, and the defendant Tien Truong Nguyen, by and through counsel Michael Cernyar, Esq., hereby AGREE AND STIPULATE to modify the briefing schedule and the hearing date as follows:

| Item | Previous Date | New Date |
|---|---|---|
| Defendant's Motion | August 7, 2008 | August 21, 2008 |
| Government's Responses | September 11, 2008 | September 25, 2008 |
| Defendant's Reply | September 18, 2008 | October 2, 2008 |
| Hearing Date | September 25, 2008 | October 16, 2008 |

1

1     Time has previously been excluded through August 7, 2008. The
2 parties further AGREE AND STIPULATE that time should be excluded
3 from August 7, 2008, through and including August 21, 2008, based on
4 case complexity, and to provide defense counsel reasonable time to
5 prepare the motion to suppress, pursuant to the Speedy Trial Act, 18
6 U.S.C. § 3161(h)(8)(B)(ii) and (iv) [Local Codes T2 and T4].
7     Counsel has discussed this proposed continuance with his
8 client.

DATED: August 6, 2008                        McGREGOR W. SCOTT
                                                           United States Attorney

                                                           By: /S/
                                                              ROBIN R. TAYLOR
                                                              Assistant U.S. Attorney

DATED: August 6, 2008                        By: /S/
                                                              MICHAEL CERNYAR, ESQ.
                                                             Attorney for TIEN TRUONG NGUYEN

    **IT IS SO ORDERED.**

Dated: August 8, 2008

                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE