Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TIEN TRUONG NGUYEN,<br><br>                    Defendant. | Case No. S-07-00164-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM NOVEMBER 13, 2008 TO DECEMBER 11, 2008; ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A Status Conference is presently set in the above-captioned case set for November 13, 2008.

2. Counsel for Defendant NGUYEN has been working diligently with the Government in clarifying important issues regarding this complex case. In addition, it is the defense's position to reach a disposition in this matter before trial.

3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, November 12, 2008, until the proposed new Status Conference date, December 11, 2008. In

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

addition, the parties respectfully request that the Court exclude time from date of the scheduled Status Conference, November 13, 2008, until the proposed new Status Conference, December 11, 2008.  If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4.  Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for November 13, 2008 to December 11, 2008.

LAW OFFICE OF MICHAEL K. CERNYAR

DATED:  November 12, 2008   By:  _____/s/_____
                                   MICHAEL K. CERNYAR
                                   Attorney for Defendant
                                   **TIEN TRUONG NGUYEN**

DATED:  November 12, 2008         __/s/  Michael Cernyar for _
                                       ROBIN TAYLOR
                                  Assistant United States Attorney
                                       Attorney for Plaintiff
                                   UNITED STATES OF AMERICA

2

1

## <u>ORDER</u>

2

       IT IS SO ORDERED.

3

4

5    DATED: November 14, 2008

6

7                 MORRISON C. ENGLAND, JR
             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

3