Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TIEN TRUONG NGUYEN,<br><br>    Defendant. | Case No. 2:07-cr-00164-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM DECEMBER 11, 2008 TO JANUARY 29, 2009; ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

   THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

   1. A Status Conference is presently set in the above-captioned case set for December 11, 2008.

   2.   Counsel for Defendant NGUYEN is seeking, and the Government is not objecting, to a continuance in this matter since trial is now set for December 11, 2008, in another matter in which Counsel is the attorney of record.

///

///

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

    3.  Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, December 11, 2008, until the proposed new Status Conference date, January 29, 2009.  In addition, the parties respectfully request that the Court exclude time from date of the scheduled Status Conference, December 11, 2008, until the proposed new Status Conference, January 29, 2009. If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

    4.  Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for December 11, 2008 to January 29, 2009.

                                              LAW OFFICE OF MICHAEL K. CERNYAR

DATED:  December 9, 2008     By:  _____/s/_____
                                             MICHAEL K. CERNYAR
                                             Attorney for Defendant
                                             **TIEN TRUONG NGUYEN**

///

///

///

///

2

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  December 9, 2008         __/s/   Michael Cernyar for  _
                                       ROBIN TAYLOR
                                Assistant United States Attorney
                                    Attorney for Plaintiff
                                  UNITED STATES OF AMERICA

### ORDER

**IT IS SO ORDERED.**

DATED: December 10, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

PDF created with pdfFactory trial version www.pdffactory.com