Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TIEN TRUONG NGUYEN,<br><br>                    Defendant. | Case No. S-07-00164-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM JANUARY 29, 2009 TO MARCH 5, 2009; ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

     THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

     1. A Status Conference is presently set in the above-captioned case set for January 29, 2009.

     2.  Counsel for Defendant NGUYEN is seeking, and the Government is not objecting, to a continuance in this matter since trial is now set for January 29, 2009, in another matter in which Counsel is the attorney of record

     3.  Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, January 29, 2009, until the proposed new Status Conference date of March 5, 2009.  In addition, the

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA  90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

parties respectfully request that the Court exclude time from date of the scheduled Status Conference, January 29, 2009, until the proposed new Status Conference of March 5, 2009.  If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

    4.  Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for January 29, 2009 to March 5, 2009.

                              LAW OFFICE OF MICHAEL K. CERNYAR


DATED:  January 28, 2009   By:  _____/s/_____
                                MICHAEL K. CERNYAR
                                Attorney for Defendant
                                **TIEN TRUONG NGUYEN**

LAW OFFICE OF MICHAEL K. CERNYAR
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941

1

DATED:   January 28, 2009          __/s/  Michael Cernyar for _
2                                        ROBIN TAYLOR
                                  Assistant United States Attorney
3                                      Attorney for Plaintiff
                                   UNITED STATES OF AMERICA
4

5

6

7
              IT IS SO ORDERED:
8

9   Dated:  February 3, 2009

10

11  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**LAW OFFICE OF MICHAEL K. CERNYAR**
400 OCEANGATE · EIGHTH FLOOR · LONG BEACH, CALIFORNIA 90802
Telephone: 562/216-2940 · Facsimile: 562/216-2941