Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TIEN TRUONG NGUYEN,<br><br>    Defendant. | Case No. 2:07-cr-00164-MCE<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE FROM MARCH 5, 2009 TO MARCH 26, 2009; ORDER** |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A Status Conference is presently set in the above-captioned case set for March 5, 2009.

2. Counsel for Defendant NGUYEN is seeking, and the Government is not objecting, to a continuance in this matter. Both parties are working on a disposition to this very complex matter.

3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, March 5, 2009, until the proposed new Status Conference date of March 26, 2009.

**STIPULATION TO CONTINUE STATUS CONFERENCE**

In addition, the parties respectfully request that the Court exclude time from date of the scheduled Status Conference, March 5, 2009, until the proposed new Status Conference of March 26, 2009. If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8) (B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4. Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for March 5, 2009 to March 26, 2009.

LAW OFFICE OF MICHAEL K. CERNYAR

DATED: March 4, 2009     By: _____/s/_____
                              MICHAEL K. CERNYAR
                              Attorney for Defendant
                              **TIEN TRUONG NGUYEN**


2

**STIPULATION TO CONTINUE STATUS CONFERENCE**

DATED: March 4, 2009        __/s/  Michael Cernyar for __
                                    ROBIN TAYLOR
                            Assistant United States Attorney
                                  Attorney for Plaintiff
                               UNITED STATES OF AMERICA

IT IS SO ORDERED:

Dated:   March 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE STATUS CONFERENCE**