Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR
400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, TIEN TRUONG NGUYEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. S-07-00164-MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE FROM MARCH 26, 2009 TO APRIL 30, 2009; ORDER |
| TIEN TRUONG NGUYEN, | |
| Defendant. | |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

1. A Status Conference is presently set in the above-captioned case set for March 26, 2009.

2. Counsel for Defendant NGUYEN is seeking, and the Government is not objecting, to a continuance in this matter. Both parties are working on a disposition to this very complex matter.

3. Accordingly, the parties respectfully request, if necessary, that the Court exclude the time from the date of the scheduled Status Conference, March 26, 2009, until the proposed new Status Conference date of April 30, 2009. In addition, the

parties respectfully request that the Court exclude time from date of the scheduled Status Conference, March 26, 2009, until the proposed new Status Conference of April 30, 2009. If necessary, Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4. Accordingly, the parties hereby respectfully request the Court to continue the Status Conference now set for March 26, 2009 to April 30, 2009.

```
                                   LAW OFFICE OF MICHAEL K. CERNYAR

DATED: March 25, 2009     By:    _____/s/_____
                                     MICHAEL K. CERNYAR
                                     Attorney for Defendant
                                     TIEN TRUONG NGUYEN


DATED: March 25, 2009            __/s/  Michael Cernyar for _
                                       ROBIN TAYLOR
                                  Assistant United States Attorney
                                       Attorney for Plaintiff
                                    UNITED STATES OF AMERICA

DATED: March 26, 2009
                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE
```