UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.S. 07-164 MCE |
| v. ) | |
| ) | |
| TIEN TRUONG NGUYEN ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        () Ad Prosequendum                             (X) Ad Testificandum

Name of Detainee:        STEFANI COLLEEN RULAND
Detained at (custodian):
Detainee is:        a.)       () charged in this district by:     () Indictment     () Information     () Complaint
                                  charging detainee with: _____
       or       b.)       (X) a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)       (X) return to the custody of detaining facility upon termination of proceedings
            or       b.)       () be retained in federal custody until final disposition of federal charges, as a sentence is
                                   currently being served at the detaining facility

*Appearance is necessary* **SEPTEMBER 2, 2009, 9:00AM** in the Eastern District of California.
                       Signature:                  /s/ Robin R. Taylor
                       Printed Name & Phone No:     (916) 554-2722
                       Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
         () Ad Prosequendum                             (X) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **SEPTEMBER 2, 2009**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 10, 2009

                                                                U.S. MAGISTRATE JUDGE

_____
Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | n/a | Female | X |
| Booking or CDC #: | XO26786 | DOB: | |
| Facility Address: | Rainbow Conservation Center - Fire Camp | Race: | |
| | 8215 Rainbow Heights Road, Fallbrook, CA 92028 | FBI #: | |
| Facility Phone: | (760) 728-2554 | | |
| Currently Incarcerated For: | _____ | | |

_____
**RETURN OF SERVICE**

Executed on    _____            By: _____
                                                                                                 (Signature)