```
LAWRENCE G. BROWN
United States Attorney
ROBIN R. TAYLOR
MATTHEW G. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-00164-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | FOR COURT DETERMINATION |
| v. ) | REGARDING FORFEITURE |
| ) | |
| TIEN TRUONG NGUYEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Federal Rule of Criminal Procedure 32.2(b), provides that a factual determination shall be made by the Court unless a party requests that the jury determine whether the government has established the requisite nexus between the property and the offense.

    The United States of America, by and through Assistant U.S. Attorney Robin Taylor, and the defendant Tien Truong Nguyen, by and through his counsel Michael Cernyar, hereby agree and stipulate to allow the Court to make the factual determination regarding the forfeiture in this action.  Defendant Tien Truong Nguyen agrees to

///

waive his right to a jury trial on the Forfeiture Allegation listed in the Indictment.

IT IS SO STIPULATED.

DATED: September 1, 2009            LAWRENCE G. BROWN
                                    United States Attorney


                                    /s/ Robin R. Taylor
                                    ROBIN R. TAYLOR
                                    Assistant U.S. Attorney


DATED: September 1, 2009            /s/ Michael Cernyar
                                    MICHAEL K. CERNYAR
                                    Attorney for Defendant
                                    Tien Truong Nguyen


**IT IS SO ORDERED.**

Dated: September 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE