```
BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00164 MCE |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| TIEN TRUONG NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the guilty pleas entered by defendant Tien Truong Nguyen, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C), defendant Tien Trong Nguyen's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

```
a)   $523.00 cash;
b)   Forty – four (44) Pre-paid Gift Cards;
c)   Three (3) Pre-paid credit cards;
d)   Fifteen (15) Pre-Paid Visa Cards;
e)   Sirus Satellite Radio system (new in the box);
f)   Eight (8) new Nano Ipods;
g)   Toshiba Laptop Computer Serial Number: 26234221Q;
h)   New in Box Aspire "Acer" laptop computer;
i)   HP Laptop Computer Serial Number: 82K5T;
j)   Magnovox computer monitor;
k)   Gateway monitor;
```

```
    l)   Dell Computer desktop Serial Number: 37NQC61;
    m)   Bluetooth virtual keyboard;
    n)   ADS Tech Drive Kit;
    o)   Linksys wireless system;
    p)   Linksys wireless Router;
    q)   WYFY Hotspot Finder;
    r)   Web Cam;
    s)   Samsung CPU Serial Number: 255H93BL901098;
    t)   Pelican PSP Starter kit;
    u)   Targus laptop Chill Mat (new in the box);
    v)   Portable USB Keyboard (new in the box);
    w)   "VOLP" SYBE computer phone;
    x)   Kogi monitor;
    y)   Network storage device;
    z)   Infared LED night light;
    aa)  "Nightowl" night vision scope;
    bb)  Credit Card Encoder/Reader, Serial Number 11052634;
    cc)  WYSE Com Security Camera (new in the box);
    dd)  Com Security Camera (new in the box);
    ee)  Security remote for cameras;
    ff)  Wireless alert security system (new in the box);
    gg)  Laser Shield security system;
    hh)  Cobra 40 channel CB Radio (new in box);
    ii)  Midland 2 in 1 portable CB (new);
    jj)  Two Cobra hand-held Radios;
    kk)  Garmin GPS Unit 350 navigation system (new in the box);
    ll)  TOM TOM GPS navigation device;
    mm)  Movado woman's watch (new in the box);
    nn)  Toshiba flat panel television;
    oo)  One "Coach" purse (new);
    pp)  Cobra radar detector; and a
    qq)  Nintendo accessory game kit.
```

2. The above-listed property constitutes or was derived from, proceeds the person obtained directly or indirectly, as a result of violations of 18 U.S.C. §§ 371, 1030, and 1029, or was property used or intended to be used to commit violations of 18 U.S.C. § 1029.

3. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Tien Trong Nguyen's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

```
    a)   Remington 870 Express Magnum Shotgun Serial
         Number D950177M; and

    b)   Ten (10) 12 Gauge shotgun shells.
```

1     4.   The above-listed property is a firearm and ammunition that
2 was involved in or used in any knowing violation of 18 U.S.C. §
3 922(g)(1).
4     5.   Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the U.S.
7 Secret Service, in its secure custody and control.
8     6.   a.   Pursuant to 18 U.S.C. § 982(b)(1), 18 U.S.C. §
9 1029(c)(2), and 28 U.S.C. § 2461(c), incorporating  21 U.S.C. §
10 853(n), and Local Rule 171, the United States shall publish notice
11 of the order of forfeiture.  Notice of this Order and notice of the
12 Attorney General's (or a designee's) intent to dispose of the
13 property in such manner as the Attorney General may direct shall be
14 posted for at least 30 consecutive days on the official internet
15 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
16 may also, to the extent practicable, provide direct written notice
17 to any person known to have alleged an interest in the property that
18 is the subject of the order of forfeiture as a substitute for
19 published notice as to those persons so notified.
20        b.   This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60) days
23 from the first day of publication of the Notice of Forfeiture posted
24 on the official government forfeiture site, or within thirty (30)
25 days from receipt of direct written notice, whichever is earlier.
26     7.   If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final Order
28 of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. §

1  1029(c)(1)(C), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in
2  which all interests will be addressed.
3      IT IS SO ORDERED.

Dated: April 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE