DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
TIEN NGUYEN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr-S-07-164 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | AMENDMENT TO SENTENCING MEMORANDUM AND SUPPLEMENTAL OBJECTIONS |
| v. | ) | |
| TIEN NGUYEN, | ) | |
| Defendant. | ) | |

Please note counsel is still researching the objection noted on page 18 line 4, as it relates to paragraph 65 of the PSR and ask leave to submit points and authorities on this matter next week.

Dated: June 17, 2011                     Respectfully submitted,

/s/Dwight M. Samuel
Dwight M. Samuel
Attorney for Defendant, Tien Nguyen

1