```
 1  DWIGHT M. SAMUEL (CA SB# 054486)
    A Professional Corporation
 2  117 J Street, Suite 202
    Sacramento, California 95814-2282
 3  916-447-1193

 4  Attorney for Defendant
    TIEN NGUYEN
 5
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-07-164 MCE |
| ) Plaintiff, ) | STIPULATION AND ORDER |
| ) v. ) | CONTINUING STATUS CONFERENCE |
| TIEN NGUYEN, ) ) Defendant. ) _____ ) | |

Defendants, TIEN NGUYEN, through counsel and the United States of America, through AUSA Matthew Segal hereby stipulate and agree that the June 23, 2011 Judgment and Sentencing hearing be continued to June 30, 2011 at 8:30 am.

In addition, it is agreed that the Schedule for Disclosure is Amended as follows:

| | |
|---|---|
| Judgement and Sentencing: | 06/30/2011 |
| Motion for Correction of the Pre-Sentence Report Shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than: | 06/23/2011 |

Respectfully submitted,

Dated: June 20, 2011

/s/ Dwight M.. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Tien Nguyen

Dated: June 10, 2011

/s/ Matthew Segal[1]
MATTHEW SEGAL
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  June 21, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Signed per phone authorization.