BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00164 MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| TIEN TRUONG NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about April 13, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 1029(c)(1)(C), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the guilty pleas entered by defendant Tien Truong Nguyen forfeiting to the United States the following property:

   a)   $523.00 cash;
   b)   Forty – four (44) Pre-paid Gift Cards;
   c)   Three (3) Pre-paid credit cards;
   d)   Fifteen (15) Pre-Paid Visa Cards;
   e)   Sirus Satellite Radio system (new in the box);
   f)   Eight (8) new Nano Ipods;
   g)   Toshiba Laptop Computer Serial Number: 26234221Q;
   h)   New in Box Aspire "Acer" laptop computer;
   i)   HP Laptop Computer Serial Number: 82K5T;
   j)   Magnovox computer monitor;
   k)   Gateway monitor;

|     |     |     |
| --- | --- | --- |
| 1   | l)  | Dell Computer desktop Serial Number: 37NQC61; |
|     | m)  | Bluetooth virtual keyboard; |
| 2   | n)  | ADS Tech Drive Kit; |
|     | o)  | Linksys wireless system; |
| 3   | p)  | Linksys wireless Router; |
|     | q)  | WYFY Hotspot Finder; |
| 4   | r)  | Web Cam; |
|     | s)  | Samsung CPU Serial Number: 255H93BL901098; |
| 5   | t)  | Pelican PSP Starter kit; |
|     | u)  | Targus laptop Chill Mat (new in the box); |
| 6   | v)  | Portable USB Keyboard (new in the box); |
|     | w)  | "VOLP" SYBE computer phone; |
| 7   | x)  | Kogi monitor; |
|     | y)  | Network storage device; |
| 8   | z)  | Infared LED night light; |
|     | aa) | "Nightowl" night vision scope; |
| 9   | bb) | Credit Card Encoder/Reader, Serial Number 11052634; |
| 10  | cc) | WYSE Com Security Camera (new in the box); |
|     | dd) | Com Security Camera (new in the box); |
| 11  | ee) | Security remote for cameras; |
|     | ff) | Wireless alert security system (new in the box); |
| 12  | gg) | Laser Shield security system; |
|     | hh) | Cobra 40 channel CB Radio (new in box); |
| 13  | ii) | Midland 2 in 1 portable CB (new); |
|     | jj) | Two Cobra hand-held Radios; |
| 14  | kk) | Garmin GPS Unit 350 navigation system (new in the box); |
| 15  | ll) | TOM TOM GPS navigation device; |
|     | mm) | Movado woman's watch (new in the box); |
| 16  | nn) | Toshiba flat panel television; |
|     | oo) | One "Coach" purse (new); |
| 17  | pp) | Cobra radar detector; |
|     | qq) | Nintendo accessory game kit; |
| 18  | rr) | Remington 870 Express Magnum Shotgun Serial Number D950177M; and |
| 19  | ss) | Ten (10) 12 Gauge shotgun shells. |

20   AND WHEREAS, beginning on April 17, 2010, for at least 30

21 consecutive days, the United States published notice of the

22 Court's Order of Forfeiture on the official internet government

23 forfeiture site www.forfeiture.gov.  Said published notice

24 advised all third parties of their right to petition the Court

25 within sixty (60) days from the first day of publication of the

26 notice for a hearing to adjudicate the validity of their alleged

27 legal interest in the forfeited property;

28 ///

1  AND WHEREAS, the Court has been advised that no third party
2 has filed a claim to the subject property, and the time for any
3 person or entity to file a claim has expired.
4  Accordingly, it is hereby ORDERED and ADJUDGED:
5  1.  A Final Order of Forfeiture shall be entered forfeiting
6 to the United States of America all right, title, and interest in
7 the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B),
8 18 U.S.C. § 1029(c)(1)(C), 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
9 2461(c), to be disposed of according to law, including all right,
10 title, and interest of Tien Truong Nguyen.
11  2.  All right, title, and interest in the above-listed
12 property shall vest solely in the name of the United States of
13 America.
14  3.  The U.S. Secret Service shall maintain custody of and
15 control over the subject property until it is disposed of
16 according to law.
17  IT IS SO ORDERED.
18
 Dated: September 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE